# EXHIBIT 2

Kurt Nickerson

```
 1                 UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF ILLINOIS

 2                     EASTERN DIVISION

 3

 4   JUSTIN O'CONNOR, ET AL, ON

     BEHALF OF HIMSELF  AND

 5   ALL OTHERS SIMILARLY SITUATED,

 6              Plaintiffs,

        vs                          Case No. 1:19-CV-05045

 7

     FORD MOTOR COMPANY,

 8

                Defendant.

 9

     _____/

10

11

12       The Videotaped Deposition of KURT NICKERSON

13              Taken at The Henry Ford

14               300 Town Center Drive

15             Dearborn, Michigan 48126

16              Commencing at 9:30 a.m.

17              Tuesday, October 25, 2022

18       Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR

19

20

21

22

23

24

25
```

Kurt Nickerson

21   BY MR. BREIT:

22   Q     Mr. Nickerson, before we get to documents, uhm, I

23         wanted to ask you about the 10R80 collaboration with

24         GM.  Were you aware of that?

25                 MS. KELLY:  Objection.

```
 1   A     Yes.

 2   BY MR. BREIT:

 3   Q     And how did that come about?

 4   A     I'm not privy to the origins of that deal.  But I know

 5         higher levels within the two companies were talking

 6         about a collaboration on multiple transmission

 7         programs.  So, the deal was structured such that Ford

 8         would design the 10R80 and provide that design to

 9         General Motors.  General Motors would design a 9-speed

10         front wheel drive transmission and provide that design

11         to Ford.

12   Q     So it was, if I understand you correctly, there was an

13         understanding at some level that Ford would do a

14         design and give that design to GM; GM would do a

15         separate design and give that to Ford?

16   A     Yes.
```