# EXHIBIT 3

# THIS TSB HAS BEEN SUPERSEDED OR DEACTIVATED



**TECHNICAL SERVICE BULLETIN**
**10R80 - Harsh Engagement/Harsh Shift/Delayed Shift With Or Without DTCs**

**21-2315**
27 September 2021

**Model:**

| Ford | Transmission/Transaxle: (10R80) |
|---|---|
| 2018-2021 Expedition | |
| 2017-2020 F-150 | Transmission/Transaxle: (10R80) |
| 2018-2021 Mustang | Transmission/Transaxle: (10R80) |
| 2019-2021 Ranger | Transmission/Transaxle: (10R80) |
| Lincoln | Transmission/Transaxle: (10R80) |
| 2018-2021 Navigator | |

**Issue:** Some 2017-2020 F-150, 2018-2021 Expedition/Navigator/Mustang and 2019-2021 Ranger vehicles equipped with a 10R80 automatic transmission may exhibit a harsh engagement/harsh shift/delayed shift. It is possible the vehicle may also have an illuminated malfunction indicator lamp (MIL) or diagnostic trouble codes (DTC) P0751, P0752, P0756, P0757, P0761, P0762, P0766, P0767, P0771, P0772, P2700, P2701, P2702, P2703, P2704, P2705, P2707, P2708, P0729, P0731, P0732, P0733, P0734, P0735, P0736, P076F, P07D9, P07F6 and/or P07F7 stored in the powertrain control module (PCM) or transmission control module (TCM). This may be due to incompatibility of the adaptive calibration to adapt to hardware wear-in over time. To correct the condition, follow the Service Procedure steps to overhaul the main control valve body and/or perform an adaptive learning drive cycle.

**Action:** Follow the Service Procedure steps to correct the condition on vehicles that meet all of the following criteria:

- One of the following vehicles:
   - 2017-2020 F-150
   - 2018-2021 Expedition/Navigator/Mustang
   - 2019-2021 Ranger
- 10R80 automatic transmission
- At least one of the following symptoms:
   - Harsh engagement
   - Harsh shift
   - Delayed shift

NOTE: Part quantity refers to the number of that service part number required, which may be different than the number of individual pieces. Service part numbers contain 1 piece unless otherwise stated. "As Needed" indicates the part is required but the number may vary or is not a whole number; parts can be billed out as non-whole numbers, including less than 1. "If Needed" indicates the part is not mandatory.

**Parts**

| Service Part Number | Quantity | Description | |
|---|---|---|---|
| W712658-S439 | 1 | Solenoid Retaining Plate Bolt | Package Contains 4 Pieces, 2 Pieces Required |
| HL3Z-7Z490-E | 1 | Channel Plate | - |
| HL3Z-7G007-A | 2 | Solenoid Retaining Clips | Package Contains 4 Pieces, 6 Pieces Required |
| JL1Z-7Z490-A | 1 | Separator Plate (Navigator) | - |
| JL3Z-7Z490-C | 1 | Separator Plate (F-150/Expedition/Ranger) | - |
| JL3Z-7Z490-D | 1 | Separator Plate (Mustang) | - |
| W520113-S440 | 1 | Stabilizer Bar Bracket Nuts | Package Contains 4 Pieces, 4 Pieces Required |
| W718353-S900 | 1 | Transmission Mount Bolts (4WD) | Package Contains 4 Pieces, 4 Pieces Required |
| W711140-S901 | 3 | Transmission Mount Bolts (2WD) | Package Contains 1 Piece, 3 Pieces Required |
| W715131-S442 | 1 | Transmission Fluid Cooler Tube Bolt | Package Contains 4 Pieces, 1 Piece Required |
| JL1Z-7N134-A | 1 | Park Override Bolt | - |
| XT-12-QULV | As Needed | Motorcraft® MERCON® ULV Automatic Transmission Fluid | - |
| Parts To Inspect And replace Only If Necessary | | | |
| HL3Z-7A191-B | If Needed | Fluid Pan Gasket | - |
| L1MZ-7A098-A | If Needed | Fluid Filter | - |
| HL3Z-7J227-A | If Needed | Auxiliary Pump Tube O-ring | - |
| 7T4Z-7Z302-A | If Needed | Transmission Fluid Filter Seal | - |
| 5L7Z-7J324-A | If Needed | Transmission Fluid Cooler Tube Backing Ring | Package Contains 2 Pieces |
| 5L7Z-7D285-A | If Needed | Transmission Fluid Cooler Tube Seal | Package Contains 2 Pieces |
| HL3Z-7G199-A | If Needed | Auxiliary Pump Tube Seal | - |
| HL3Z-7A248-D | If Needed | Transmission Fluid Pump Seal | - |

**Warranty Status:** Eligible under provisions of New Vehicle Limited Warranty (NVLW)/Emissions Warranty/Service Part Warranty (SPW)/Special Service Part (SSP)/Extended Service Plan (ESP) coverage. Limits/policies/prior approvals are not altered by a TSB. NVLW/Emissions Warranty/SPW/SSP/ESP coverage limits are determined by the identified causal part and verified using the OASIS part coverage tool.

**Labor Times**

| Description | Operation No. | Time |
|---|---|---|
| All vehicles: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (No) Repair Complete (Do Not Use With Any Other Labor Operations) | 212315A | 0.5 Hrs. |

FORD_O'CONNOR_000001130

| | | |
|---|---|---|
| 2018-2020 F-150 4X4 5.0L: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315B | 4.6 Hrs. |
| 2018-2020 F-150 4X4 5.0L: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315C | 4.9 Hrs. |
| 2018-2020 F-150 4X2 5.0L: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315D | 4.4 Hrs. |
| 2018-2020 F-150 4X2 5.0L: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315E | 4.7 Hrs. |
| 2018-2020 F-150 4X2/4X4 3.0L: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315F | 3.7 Hrs. |
| 2018-2020 F-150 4X2/4X4 3.0L: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315G | 4.1 Hrs. |
| 2017-2020 F-150 4X4 Raptor 3.5L EcoBoost: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315H | 3.8 Hrs. |
| 2017-2020 F-150 4X4 Raptor 3.5L EcoBoost: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315J | 4.2 Hrs. |
| 2017-2020 F-150 4X2/4X4 3.5L EcoBoost: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315K | 4.2 Hrs. |
| 2017-2020 F-150 4X2/4X4 3.5L EcoBoost: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315L | 4.6 Hrs. |
| 2017-2020 F-150 4X2/4X4 2.7L EcoBoost: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315M | 4.2 Hrs. |
| 2017-2020 F-150 4X2/4X4 2.7L EcoBoost: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315N | 4.5 Hrs. |
| 2019-2021 Ranger 4X2/4X4: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315O | 3.7 Hrs. |
| 2019-2021 Ranger 4X2/4X4: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315P | 4.0 Hrs. |
| 2018-2021 Expedition/Navigator 4X2/4X4: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315Q | 4.4 Hrs. |
| 2018-2021 Expedition/Navigator 4X2/4X4: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315R | 4.7 Hrs. |
| 2018-2021 Mustang: Retrieve DTCs, (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315S | 3.6 Hrs. |
| 2018-2021 Mustang: Retrieve DTCs, (No) Reprogram The Transmission Strategy Download Into The PCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle (Do Not Use With Any Other Labor Operations) | 212315T | 3.9 Hrs. |

**Repair/Claim Coding**

| | |
|---|---|
| Causal Part: | 7A100 |
| Condition Code: | 49 |

## Service Procedure

1. Are any of the following DTCs present: P0751, P0752, P0756, P0757, P0761, P0762, P0766, P0767, P0771, P0772, P2700, P2701, P2702, P2703, P2704, P2705, P2707, P2708, P0729, P0731, P0732, P0733, P0734, P0735, P0736, P076F, P07D9, P07F6 and/or P07F7?

    (1). Yes – proceed to Step 4.

    (2). No - proceed to Step 2.

2. Reprogram the transmission strategy download into the PCM/TCM. Perform the adaptive learning drive cycle. Refer to Workshop Manual (WSM), Section 307-01.

3. Does the vehicle still exhibit the condition after performing the transmission strategy download and adaptive learning drive cycle?

    (1). Yes - proceed to Step 4.

    (2). No - repair is complete.

4. Overhaul the main control valve body and road test vehicle following the adaptive learning drive cycle. Refer to WSM, Section 307-01.

    (1). Upon removal of the transmission fluid pan, metal flakes may be present on the magnet. This is a normal condition. (Figure 1)

Figure 1 - Example of a normal amount of metal flakes on the transmission fluid pan magnet



FORD_O'CONNOR_000001131

**NOTE: Advise the customer this vehicle is equipped with an adaptive transmission shift strategy which allows the vehicle's computer to learn the transmission's unique parameters and improve shift quality. When the adaptive strategy is reset, the computer will begin a relearning process. This relearning process may result in firmer than normal upshifts and downshifts for several days.**

---

© 2021 Ford Motor Company
All rights reserved.
NOTE: The information in Technical Service Bulletins is intended for use by trained, professional technicians with the knowledge, tools, and equipment to do the job properly and safely. It informs these technicians of conditions that may occur on some vehicles, or provides information that could assist in proper vehicle service. The procedures should not be performed by "do-it-yourselfers". Do not assume that a condition described affects your car or truck. Contact a Ford or Lincoln dealership to determine whether the Bulletin applies to your vehicle. Warranty Policy and Extended Service Plan documentation determine Warranty and/or Extended Service Plan coverage unless stated otherwise in the TSB article. The information in this Technical Service Bulletin (TSB) was current at the time of printing. Ford Motor Company reserves the right to supersede this information with updates. The most recent information is available through Ford Motor Company's on-line technical resources.

FORD_O'CONNOR_000001132