UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN O'CONNOR, STANISLAW ZIELINSKI, DANIEL FAIR, BRYAN SMITH, JASON STEEN, WILLIAM FIEDLER, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   v.<br><br>FORD MOTOR COMPANY,<br><br>          Defendant. | Case No. 1:19-cv-05045<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><u>Consolidated with Case Nos. 20-cv-1981, 20-cv-2095, 20-cv-2612, and 21-cv-6540</u><br><br><u>Judge Elaine E. Bucklo</u><br><u>Magistrate Judge Maria Valdez</u> |

**Plaintiffs' Motion for Class Certification**

Plaintiffs Stanislaw Zielinski, Bryan Smith, Jason Steen, Michael Barcelona, and Susan Heller ("Plaintiffs") hereby move for certification of the following classes of individuals in each of their respective states—Illinois, California, Massachusetts, and New York—who were also harmed by Defendant Ford Motor Company ("Ford") when they purchased a 2017-2020 F-150 truck equipped with Ford's defective 10R80 10-speed transmission:

Plaintiff Zielinski:

> All persons in Illinois who formerly or currently own or leased one or more 2017-2020 Model Year F-150 truck equipped with a 10R80 10-speed automatic transmission ("Illinois Class").

Plaintiffs Smith and Steen:

> All persons in California who formerly or currently own or leased one or more 2017-2020 Model Year F-150 truck equipped with a 10R80 10-speed automatic transmission ("California Class").

Plaintiff Barcelona:

> All persons in Massachusetts who formerly or currently own or leased one or more 2017-2020 Model Year F-150 truck equipped with a 10R80 10-speed automatic transmission ("Massachusetts Class").

Plaintiff Heller:

> All persons in New York who formerly or currently own or leased one or more 2017-2020 Model Year F-150 truck equipped with a 10R80 10-speed automatic transmission ("New York Class").

Because Plaintiffs satisfy the necessary requirements under Federal Rule of Civil Procedure 23 ("Rule 23") and other prevailing authority—in short, Plaintiffs and the absent Class Members have all been harmed as a result of Ford's common conduct, because that harm and conduct can all be established through common evidence which will answer several fundamental for all Class Members, and because doing so once would be the most fair and efficient approach— Plaintiffs' Motion should be granted.

Plaintiffs' Motion is supported by their accompanying Memorandum in Support of Plaintiffs' Motion for Class Certification, the Declaration of Leland H. Belew in Support of Plaintiff's Motion for Class Certification, and Exhibits 1 through 115 (submitted in five appendices, as set forth below):

| Appendix | Exh No. | Doc Name/Bates | Producing Party | Confidential |
|---|---|---|---|---|
| 1 | 1 | FORD_O'CONNOR_000062131 | Ford | * |
| | 2 | FORD_O'CONNOR_000055587 | Ford | ** |
| | 3 | FORD_O'CONNOR_000057141 | Ford | ** |
| | 4 | FORD_O'CONNOR_000042372 | Ford | * |
| | 5 | FORD_O'CONNOR_000053354 | Ford | * |
| | 6 | FORD_O'CONNOR_000068266 | Ford | * |
| | 7 | FORD_O'CONNOR_000103837 | Ford | * |
| | 8 | FORD_O'CONNOR_000062299 | Ford | * |
| | 9 | FORD_O'CONNOR_000066554 | Ford | * |
| | 10 | FORD_O'CONNOR_000043666 | Ford | * |
| | 11 | FORD_O'CONNOR_000061038 | Ford | * |
| | 12 | FORD_O'CONNOR_000054057 | Ford | * |
| | 13 | FORD_O'CONNOR_000038251 | Ford | * |
| | 14 | FORD_O'CONNOR_000052069 | Ford | * |
| | 15 | Feldkamp Deposition Excerpts | | |
| | 16 | FORD_O'CONNOR_000032421 | Ford | * |
| | 17 | FORD_O'CONNOR_000032631 | Ford | * |
| | 18 | FORD_O'CONNOR_000032345 | Ford | * |
| | 19 | 2017 F-150 Advertising Booklet | | |
| | 20 | 2019 F-150 Advertising Booklet | | |
| | 21 | FORD_O'CONNOR_000068451 | Ford | * |
| | 22 | FORD_O'CONNOR_000037798 | Ford | * |
| | 23 | FORD_O'CONNOR_000037790 | Ford | * |
| | 24 | FORD_O'CONNOR_000032779 | Ford | * |
| | 25 | FORD_O'CONNOR_000041103 | Ford | * |
| 2 | 26 | FORD_O'CONNOR_000037316 | Ford | * |
| | 27 | FORD_O'CONNOR_000068465 | Ford | * |
| | 28 | FORD_O'CONNOR_000109462 | Ford | * |
| | 29 | FORD_O'CONNOR_000054509 | Ford | ** |
| | 30 | FORD_O'CONNOR_000097873 | Ford | * |
| | 31 | FORD_O'CONNOR_000062372 | Ford | * |
| | 32 | FORD_O'CONNOR_000068554 | Ford | * |

| Appendix | Exh No. | Doc Name/Bates | Producing Party | Confidential |
|---|---|---|---|---|
| | 33 | FORD_O'CONNOR_000068584 | Ford | * |
| | 34 | FORD_O'CONNOR_000073433 | Ford | * |
| | 35 | TSB 18-2079 | | |
| | 36 | TSB 18-2274 | | |
| | 37 | TSB 21-2315 | | |
| | 38 | TSB 21-2357 | | |
| | 39 | TSB 22-2139 | | |
| | 40 | TSB 22-2339 | | |
| | 41 | TSB 23-2123 | | |
| | 42 | TSB 23-2152 | | |
| | 43 | TSB 22-2428 | | |
| | 44 | TSB 23-2250 | | |
| | 45 | FORD_O'CONNOR_000121629 | Ford | * |
| | 46 | FORD_O'CONNOR_000119957 | Ford | * |
| | 47 | FORD_O'CONNOR_000120811 | Ford | * |
| | 48 | FORD_O'CONNOR_000120906 | Ford | * |
| | 49 | FORD_O'CONNOR_000122035 | Ford | * |
| | 50 | FORD_O'CONNOR_000120987 | Ford | * |
| 3 | 51 | FORD_O'CONNOR_000031992 | Ford | * |
| | 52 | FORD_O'CONNOR_000054695 | Ford | * |
| | 53 | FORD_O'CONNOR_000032051 | Ford | * |
| | 54 | Ford's Answers to Plaintiffs' Interrogatories, Set One | Ford | * |
| | 55 | Barcelona Deposition Excerpts | | |
| | 56 | Heller Deposition Excerpts | | |
| | 57 | Zielinski Deposition Excerpts | | |
| | 58 | Steen Deposition Excerpts | | |
| | 59 | Smith Deposition Excerpts | | |
| | 60 | MCBPG Resume | | |
| | 61 | Wallace Miller Resume | | |
| | 62 | J.R.Fabry CV | | |
| | 63 | Barcelona Responses to Ford's Interrogatories, Set One | Plaintiffs | |
| | 64 | Heller Responses to Ford's Interrogatories, Set One | Plaintiffs | |
| | 65 | Steen Responses to Ford's Interrogatories, Set One | Plaintiffs | |
| | 66 | Zielinski Responses to Ford's Interrogatories, Set One | Plaintiffs | |
| | 67 | Smith Responses to Ford's Interrogatories, Set One | Plaintiffs | |
| | 68 | Heller Deposition Exhibit 113 | | |

| Appendix | Exh No. | Doc Name/Bates | Producing Party | Confidential |
|---|---|---|---|---|
| | 69 | FORD_O'CONNOR_000019198, part 1 | Ford | * |
| | 70 | FORD_O'CONNOR_000019198, part 2 | Ford | * |
| | 71 | FORD_O'CONNOR_000019198 EXCERPT | Ford | * |
| | 72 | FORD_O'CONNOR_000112198 EXCERPT | Ford | * |
| | 73 | FORD_O'CONNOR_000000033 | Ford | |
| | 74 | FORD_O'CONNOR_000000316 | Ford | |
| | 75 | FORD_O'CONNOR_000000711 | Ford | |
| 4 | 76 | FORD_O'CONNOR_000000636 | Ford | |
| | 77 | FORD_O'CONNOR_000000552 | Ford | |
| | 78 | FORD_O'CONNOR_000000003 | Ford | |
| | 79 | FORD_O'CONNOR_000000286 | Ford | |
| | 80 | FORD_O'CONNOR_000000677 | Ford | |
| | 81 | FORD_O'CONNOR_000000597 | Ford | |
| | 82 | FORD_O'CONNOR_000000554 | Ford | |
| | 83 | FORD_O'CONNOR_000016897 | Ford | |
| | 84 | FORD_O'CONNOR_000016942 | Ford | |
| | 85 | FORD_O'CONNOR_000017018 | Ford | |
| | 86 | FORD_O'CONNOR_000017005 | Ford | |
| | 87 | FORD_O'CONNOR_000071187 EXCERPT | Ford | * |
| | 88 | Plaintiffs' Trial Plan | | |
| | 89 | Plaintiffs' Index of Claims by State | | |
| | 90 | Ford's Responses to Plaintiffs' Requests for Production, Set One | Ford | * |
| | 91 | FORD_O'CONNOR_000016508 | Ford | |
| | 92 | FORD_O'CONNOR_000016555 | Ford | |
| | 93 | FORD_O'CONNOR_000016596 | Ford | |
| | 94 | FORD_O'CONNOR_000016639 | Ford | |
| | 95 | Stapleford Expert Report | | |
| | 96 | Stapleford Expert Rebuttal Report | | |
| | 97 | FORD_O'CONNOR_000038273 | Ford | * |
| | 98 | FORD_O'CONNOR_000054053 | Ford | * |
| | 99 | Schang Deposition Excerpts | | |
| 5 | 100 | FORD_O'CONNOR_000070992 | Ford | * |
| | 101 | FORD_O'CONNOR_000039040 | Ford | * |
| | 102 | FORD_O'CONNOR_000040023 | Ford | * |
| | 103 | FORD_O'CONNOR_000039093 | Ford | * |
| | 104 | FORD_O'CONNOR_000038830 | Ford | * |
| | 105 | FORD_O'CONNOR_000071119 | Ford | * |

| Appendix | Exh No. | Doc Name/Bates | Producing Party | Confidential |
|---|---|---|---|---|
| | 106 | FORD_O'CONNOR_000071049 | Ford | * |
| | 107 | FORD_O'CONNOR_000039073 | Ford | * |
| | 108 | FORD_O'CONNOR_000039049 | Ford | * |
| | 109 | FORD_O'CONNOR_000039397 | Ford | * |
| | 110 | FORD_O'CONNOR_000038785 | Ford | * |
| | 111 | FORD_O'CONNOR_000054063 | Ford | * |
| | 112 | FORD_O'CONNOR_000067209 | Ford | * |
| | 113 | FORD_O'CONNOR_000066710 | Ford | * |
| | 114 | Fyie Deposition Excerpts | | |
| | 115 | Alter Expert Report | | |

DATED: September 28, 2023

Respectfully submitted,

/s/ *Leland Belew*

Leland Belew
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
T: (312) 224-8685
lbelew@milberg.com

Gregory F. Coleman
Ryan P. McMillan*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: (865) 247-0080
F: (865) 522-0049
gcoleman@milberg.com
rmcmillan@milberg.com

Mitchell Breit
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
T: (347) 668-8445
mbreit@milberg.com

John R. Fabry*
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35
Suite 305
Round Rock, Texas 78664
T: (512) 671-7277
F: (512) 238-0275
JFabry@carlsonattorneys.com

Sidney F. Robert*
**BRENT COON AND ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
T: (713) 225-1682
F: (713) 225-1785
sidney.robert@bcoonlaw.com

Edward A. Wallace
Mark R. Miller
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: (312) 261-6193
F: (312) 275-8174
eaw@wallacemiller.com
mrm@wallacemiller.com

*ATTORNEYS FOR PLAINTIFFS*

\* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I caused a true and correct copy of the foregoing document to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Leland Belew*
Leland Belew

*Attorney for Plaintiffs*