# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUSTIN O'CONNOR, STANISLAW, ZIELINSKI, DANIEL FAIR, BRYAN JASON STEEN, WILLIAM FIEDLER, SMITH, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,

              Plaintiffs,

   vs

FORD MOTOR COMPANY,

              Defendant.

_____/

Case No. 1:19-cv-05045

Consolidated with Case Nos. 20-cv-1981, 20-cv-2095 20-cv-2612 and 21-cv-6540

Judge Robert M. Dow, Jr.
Magistrate Judge Maria Valdez

The Videotaped Deposition Pursuant to FRCP 30(b)(6)

DEPONENT: ANDREW FELDKAMP

Sheraton Novi Hotel

21111 Haggerty Road

Novi, MI 48375

Commencing at 9:01 a.m.

Thursday, March 9, 2023

Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR

A     No.

BY MR. BELEW:

Q     What is a things gone wrong or a TGW?

        MS. KELLY:  Objection; scope.

A     That ties back to the GQRS Survey.  That survey asks customers to check a box for -- there are, there are numerous, uhm, within the survey questions, there are numerous, uhm, features or functions of the vehicle listed.  And if the customer checks the box that they have encountered a problem with that feature or function then that would generate a TGW.

BY MR. BELEW:

Q     Is there a standardized process by which TGW numbers are calculated for purposes of Ford review?

        MS. KELLY:  Objection; scope.  Leland, I have given you considerable leeway, but this entire line of questioning for the past 15 minutes or so relates directly to Topic 2 on which Mr. Norris answered.  So I would appreciate you keeping your questions to the topics on which Mr. Feldkamp is actually here to testify.

BY MR. BELEW:

Q     Do you understand the question?

A     Could you repeat it, please?

Q     Is there a standardized method by which TGWs are

calculated within Ford?

MS. KELLY: Same objection.

A    Yes.

BY MR. BELEW:

Q    And what is that method?

A    Well, uh, TGW -- things gone wrong -- are calculated from the standpoint of, uhm, problems per thousand vehicles. So, when we -- they are reported in terms of -- again, the number of -- so, let me back up.

A check, a check box on the GQRS Survey is reported as a TGW. And TGWs are, uhm, reported from the standpoint of things gone wrong per thousand vehicles. So, that is used to, to normalize the numbers associated with any category that the TGWs apply to.

Q    When a TGW is referenced in a Ford report, how is it meant to be interpreted?

MS. KELLY: Objection; form and scope.

A    Uh, it is interpreted as an indication of customer dissatisfaction because they checked the box on their survey indicating that they had some concern with that feature or function.

BY MR. BELEW:

Q    Is it always understood to represent problems per one thousand vehicles?

MS. KELLY: Objection; scope.

A     Yeah.  I think, yeah, I believe so.  The one thing I'll add is, there's a confidence interval around that.  Because, depending on the number of surveys that were sent out and the number that were received, if your sample size is low, then it, it, you just have less confidence in the numbers than if you had a high sample size.

      And, uhm, one other thing to understand on the TGW side is that there's no way to differentiate between, uhm, a minor concern or a major concern.  It's just -- you check the box or you don't.  So that's, that's another difficulty with the, with the GQRS Survey.

BY MR. BELEW:

Q     And the GQRS Survey does not ask the customer to identify whether it is a major or minor concern; is that accurate?

      MS. KELLY: Objection; scope.

A     There are some follow up questions around severity, but traditionally those are often not filled out and you really focus on the numbers of TGWs.

BY MR. BELEW:

Q     Okay.  I've seen some references in the documents to TGWs at one month in service or three months in

service.  Is there a common understanding if that designation does not appear?

MS. KELLY:  Objection; scope.

A    The most frequent reporting timeline would be three months in service.  There are cases where one a month-in-service survey could go out.  And the same thing for higher time in service as well.  There are some cases where 12 months in service or even 36 months in service may go out.

And I should, should include, based on that, going back to your earlier question, Ford does also use other third parties like JD Power.  We reference their survey results too.  So it's another source of getting customer feedback.  Consumer Reports would be another one.

BY MR. BELEW:

Q    Any others you can think of other than Consumer Reports and JD Powers?

MS. KELLY:  Objection; scope.

A    No.  Those, those are, those are the ones that, that I can think of.

BY MR. BELEW:

Q    What happens after a TSB is issued?

MS. KELLY:  Objection; scope.

A    The Warranty Monitoring Process continues to look for