**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUSTIN O'CONNOR, et al., on behalf of himself and all other similarly situated, | Case No. 19-cv-5045 |
| Plaintiffs, | Consolidated with Case Nos. 20-cv-1981, 20-cv-2095, 20-cv-2612 and 21-cv-6540 |
| - against - | |
| FORD MOTOR COMPANY, | Judge Elaine E. Bucklo |
| Defendant. | |

**DECLARATION OF HECTOR TORRES**

I, Hector Torres, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of Kasowitz Benson Torres LLP, attorneys for Defendant, Ford Motor Company in this action. I am admitted to practice *pro hac vice* in this Court. I submit this declaration in support of Ford Motor Company's Motion To Deny Class Certification.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the opening expert report of Matthew L. Fyie, dated April 27, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the deposition of Kevin Norris in the above-captioned action, dated December 13, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the expert rebuttal report of Matthew L. Fyie, dated June 30, 2023.

5. Attached hereto as **Exhibit 4** is a redacted copy of a document produced by Plaintiff Steen, which is titled "Retail Installment Contract – Simple Finance Charge (With Arbitration

Provision)," and bears the bates stamps STEEN_000009 through STEEN_000011. This document has been redacted to protect Plaintiff Steen's personally identifying information.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the dealer invoice for Plaintiff Jason Steen's 2017 Ford F-150 XLT 3.5L Super Crew vehicle, which bears the bates stamp FORD_O'CONNOR_000000610.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff Steen's Supplemental Responses and Objections to Defendant's First Set of Interrogatories, dated June 7, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of the deposition of Plaintiff Jason Steen in the above-captioned action, dated June 22, 2022.

9. Attached hereto as **Exhibit 8** is a redacted copy of Deposition Exhibit 104, which is a document produced by Plaintiff Heller that bears the bates stamp HELLER_000001. This document has been redacted to protect Plaintiff Heller's personally identifying information.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the dealer invoice for Plaintiff Susan Heller's 2018 Ford F-150 XLT 5.0L Super Cab pickup truck, which bears the bates stamp FORD_O'CONNOR_000000293.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the eSourceBook for 2017 Ford F-150 pickup trucks, which bears the bates stamps FORD_O'CONNOR_000001310 through FORD_O'CONNOR_000001316.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from the eSourceBook for 2018 Ford F-150 pickup trucks, which bears the bates stamps FORD_O'CONNOR_000001570 through FORD_O'CONNOR_000001575.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from the eSourceBook for 2019 Ford F-150 pickup trucks, which bears the bates stamps FORD_O'CONNOR_000001800 through FORD_O'CONNOR_000001813.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from the eSourceBook for 2020 Ford F-150 pickup trucks, which bears the bates stamps FORD_O'CONNOR_000002167 through FORD_O'CONNOR_000002168.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff Heller's Supplemental Responses to Defendant's First Set of Interrogatories, dated June 3, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the deposition of Plaintiff Susan Heller in the above-captioned action, dated June 30, 2022.

17. Attached hereto as **Exhibit 16** is a redacted copy of Deposition Exhibit 54, which is titled "Massachusetts Vehicle Retail Installment Contract," and dated June 13, 2018. This document has been redacted to protect Plaintiff Barcelona's personally identifying information.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the dealer invoice for Plaintiff Barcelona's 2018 Ford F-150 Lariat 5.0L Super Crew pickup truck, which bears the bates stamp FORD_O'CONNOR_000000011.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff Barcelona's Supplemental Responses to Defendant's First Set of Interrogatories, dated June 15, 2022.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of the deposition of Plaintiff Michael Barcelona in the above-captioned action, dated June 23, 2022.

21. Attached hereto as **Exhibit 20** is a redacted copy of Deposition Exhibit 129, which is a document titled "Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision," dated December 9, 2018. This document has been redacted to protect Plaintiff Smith's

personally identifying information.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the dealer invoice for Plaintiff Bryan Smith's 2018 Ford F-150 XLT 5.0L Super Crew pickup truck, which bears the bates stamps FORD_O'CONNOR_00000559 through FORD_O'CONNOR_000000560.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff Smith's Supplemental Responses to Defendant's First Set of Interrogatories in the above-captioned action, dated July 5, 2022.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the transcript of the deposition of Plaintiff Bryan Smith in the above-captioned action, dated July 12, 2022.

25. Attached hereto as **Exhibit 24** is a redacted copy of a document titled "Retail Installment Contract – Simple Finance Charge (With Arbitration Provision)," dated January 17, 2019. This document has been redacted to protect Plaintiff Zielinski's personally identifying information.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the dealer invoice for Plaintiff Stanislaw Zielinski's 2018 Ford F-150 XLT 5.0L Super Cab pickup truck, which bears the bates stamp FORD_O'CONNOR_000000689.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiff Zielinski's Supplemental Responses and Objections to Defendant's First Set of Interrogatories, dated June 22, 2022.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the deposition of Plaintiff Stanislaw Zielinski in the above-captioned action, dated June 28, 2022.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the opening expert report of Dr. Nathan Soderborg, Ph.D., dated April 27, 2023.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the 2017 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles), which bears the bates stamps FORD_O'CONNOR_000016508 through FORD_O'CONNOR_000016548.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the 2018 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles), which bears the bates stamps FORD_O'CONNOR_000016555 through FORD_O'CONNOR_000016595.

32. Attached hereto as **Exhibit 31** is a true and correct copy of the 2019 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles), which bears the bates stamps FORD_O'CONNOR_000016596 through FORD_O'CONNOR_000016636.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the 2020 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles), which bears the bates stamps FORD_O'CONNOR_000016639 through FORD_O'CONNOR_000016679.

34. Attached hereto as **Exhibit 33** is a true and correct copy of the opening expert report of Michael D. Stapleford, dated March 30, 2023.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the expert rebuttal report of Michael D. Stapleford, dated June 1, 2023.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the transcript of the deposition of Michael Stapleford in the above-captioned action, dated August 3, 2023.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the expert rebuttal report of Nathan Soderborg, Ph.D., dated June 30, 2023.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the opening expert report of Dr. David W. Harless, Ph.D., dated April 27, 2023.

39. Attached hereto as **Exhibit 38** is a copy of the as-filed 2020 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles) that was at issue in *Rathman v. Ford Motor Co.*, 2023 WL 6150270, at *2 (W.D. Tex. Aug. 25, 2023), *report and recommendation adopted*, 2023 WL 6150787 (W.D. Tex. Sept. 20, 2023).

40. Attached hereto is as **Exhibit 39** is a copy of the as-filed 2018 Model Year Ford Warranty Guide (Except F-650/750, Hybrid and Electric Vehicles) that was at issue in *Tucker v. Ford Motor Co.*, 2023 WL 2662887, at *11 (E.D. Mo. Mar. 28, 2023).

41. Attached hereto as **Exhibit 40** is a copy of the as-filed 2016 Model Year Ford Warranty Guide that was at issue in *Anderson v. Ford Motor Co.*, 2020 WL 13538621, at *1-2 (W.D. Mo. Feb. 14, 2020).

42. Attached hereto as **Exhibit 41** is a true and correct copy of the deposition of William Martin "Buzz" Riley pursuant to Federal Rule of Civil Procedure 30(b)(6) in the above-captioned action, dated March 23, 2023.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the deposition of Kevin Norris pursuant to Federal Rule of Civil Procedure 30(b)(6) in the above-captioned action, dated March 7, 2023.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the expert rebuttal report of Casey J. Wagoner, dated June 30, 2023.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Technical Service Bulletin 17-2262, dated December 14, 2017, which bears the bates stamp FORD_O'CONNOR_000033375.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Technical Service Bulletin 21-2315, dated September 27, 2021, which bears the bates stamps FORD_O'CONNOR_000001130 through FORD_O'CONNOR_0000001132.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Technical Service Bulletin 22-2428, dated May 26, 2023.

48. Attached hereto as **Exhibit 47** is a true and correct copy of the transcript of the deposition of Steven P. Gaskin in the above-captioned action, dated June 13, 2023.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Technical Service Bulletin 18-2079, dated March 2, 2018, which bears the bates stamp FORD_O'CONNOR_000001129.

Dated: New York, New York
September 29, 2023

*/s/ Hector Torres*
Hector Torres

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on September 29, 2023 on all counsel of record via CM/ECF, pursuant to the Federal Rules of Civil Procedure.

*/s/ Hector Torres*
Hector Torres