# EXHIBIT 42

Kevin Norris

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUSTIN O'CONNOR, STANISLAW, ZIELINSKI, DANIEL FAIR, BRYAN JASON STEEN, WILLIAM FIEDLER, SMITH, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,

Plaintiffs,

vs

FORD MOTOR COMPANY,

Defendant.

Case No. 1:19-cv-05045

Consolidated with Case Nos. 20-cv-1981, 20-cv-2095 20-cv-2612 and 21-cv-6540

Judge Robert M. Dow, Jr.
Magistrate Judge Maria Valdez

______________________________/

The Videotaped Deposition Pursuant to FRCP 30(b)(6)

DEPONENT: KEVIN NORRIS

Sheraton Novi Hotel

21111 Haggerty Road

Novi, MI 48375

Commencing at 9:23 a.m.

Tuesday, March 7, 2023

Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR

APPEARANCES:

MR. MITCHELL BREIT
MR. CHRISTIAN TORRES
MR. TYLER LITKE (Via Zoom)
Milberg Coleman Bryson Phillips Grossman
405 East 50th Street
New York, New York 10022
(212)594-5300
mbreit@milberg.com; ctorres@milberg.com; tlitke@milberg.com

Appearing on behalf of the Plaintiffs.

MR. LELAND BELEW (Via Zoom)
Milberg Coleman Bryson Phillips Grossman
227 West Monroe Street, Suite 2100
Chicago, Illinois 60606
(312) 224-8685
lbelew@milberg.com

Appearing on behalf of the Plaintiffs.

MR. STEPHEN P. THOMASCH
MS. CINDY CARANELLA KELLY (Via Zoom)
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212)506-1700
ckelly@kasowitz.com; sthomasch@kasowitz.com

Appearing on behalf of the Defendant.

APPEARANCES CONTINUED:

MS. JODI MUNN SCHEBEL
Bowman and Brooke, LLP
101 West Big Beaver Road, Suite 1100
Troy, Michigan 48084
(248)205-3300
jodi.schebel@bowmanandbrooke.com

Appearing on behalf of the Defendant.

LEGAL VIDEOGRAPHER: MARC MYERS

TABLE OF CONTENTS

| FRCP 30(b)(6) CORPORATE REPRESENTATIVE (Kevin Norris) | PAGE |
| --- | --- |
| Direct Examination By Mr. Torres: | 7 |
| CERTIFICATE OF NOTARY | 128 |

INDEX OF EXHIBITS

| Exhibit No. | | PAGE |
| --- | --- | --- |
| 127 | Plaintiff's Amended Notice of Deposition Pursuant to FRCP 30(b)(6) | 8 |
| 128 | E-Mail Correspondence Between Kurt Nickerson, Todd Crompton, CC to Others, Subject: `0R80 Transmission Scheduling Enhancement, Dated June 18, 2015, July 13 and 14, 2015, August 20, 2015, October 2, 2015; Bates Stamp FORD_O'CONNOR_000067488-000067491, Confidential | 70 |
| 129 | FAP03-170 Global Recall and Service Program, Bates Stamp FORD_O'CONNOR_000071172-000071180, Confidential | 76 |
| 130 | PowerPoint Presentation Titled 2017 10R080 Raptor-PEC, December 11, 2015, Bates Stamp FORD_O'CONNOR)000060570-000060616, Highly Confidential | 101 |
| 131 | E-Mail Correspondence Between Kevin Norris, Adam Gryglak, Joe Baum, Kerry Baldori, Glenn Jorgensen, Al Bruck, Brian O'Neil, Karl Jungbluth, Owen Bailey, Rich Hathaway, Scott Gifford, Michelle English, Vince Lajiness, Robert Meyer, Daniel Aldrich, Majed Mohammed, Steve Pierce, Brad Riedle, Steve Dunn, Brian Glynn, Jean Maki, Haney Makled; Subject: HCK00021 P552 VOCF 3.5L/10R Issue Investigation; Dated July 22, 2016; Bates Stamp FORD_O'CONNOR_000043471-000043472, Confidential | 104 |

INDEX OF EXHIBITS CONTINUED


| Exhibit No. | | PAGE |
|---|---|---|
| 132 | Redacted-Privilege E-Mail Correspondence Between Erwin Schmid, Mark Kieliszweski, Kara Kennedy, Vince Lajiness, Robert Johnson, Michael Ducato, James Dottavio, Chintan Ved, CC to Others, Subject: Request, Dated: January 26 and 30, 2018, February 5-7, 2018; Bates Stamp 000086237-000086243, Highly Confidential | 113 |

Tuesday, March 7, 2023
9:23 a.m.

THE VIDEOGRAPHER: We're now on the record. My name is Marc Myers. I am the videographer for Golkow Litigation Services. Today's date is March 7, 2023. The time is now 9:23 a.m. This deposition is being held in Novi, Michigan, in the matter of O'Connor et al versus Ford Motor Company filed in the Court for the Northern District of Illinois, Eastern Division. The deponent is Kevin Norris.

At this time will the attorneys please state their appearances for the record and the Court Reporter, Robin Gadwa, please swear in the witness.

MR. TORRES: Christian Torres from Milberg on behalf of the Plaintiffs.

MR. BREIT: Mitchell Breit from Milberg.

MR. THOMASCH: Stephen Thomasch of Kasowitz Benson Torres on behalf of Ford.

MS. SCHEBEL: Jodi Schebel, Bowman and Brooke, on behalf of Ford Motor Company.

COURT REPORTER: Would you raise your right hand, please? Do you solemnly swear or affirm the testimony you are about to give is the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS: I do.

KEVIN NORRIS

having been first duly sworn, was examined and testified on his oath as follows:

DIRECT EXAMINATION

BY MR. TORRES:

Q Good morning, Mr. Norris. I'll say my name is Christian Torres. I will be taking your deposition today as a, a Corporate Representative for Ford as a 30(b)(6) deposition. And I just want to go over some ground rules to begin with. Okay?

So my first question is: Have you been deposed before?

A I have.

Q Yes? I still want to go over the basic ground rules so we have an idea of where, uhm, where we're headed. I want to ask that if you, you will please let me finish my answers, I will do the same for you, so we're not talking over each other.

Please remember that the reporter needs to hear a, a verbal answer, so nods and gestures will not, will not do.

Also, we will -- we will be taking short periods of rest along the day. So if you ever feel like you need to take a quick break, just let me know.

All I ask is that you please let me finish my line of questioning, okay, so if there's a question being asked or a whole line of questioning, I do ask that you that let me finish that. Okay?
A Yes.
Q Uhm, and as you just said, you basically -- you just took an oath to tell the truth, the whole truth, right? And so, uhm, in order for -- we want to make sure that -- in order to make sure that you do that we -- I do ask you that if, at some point during your answers you feel like you need to go back and add something or you want to change your answer, please let me know so we can do that. Okay?
Now, is there any reason why you could not fulfill that duty to give us the, the whole truth?
A No.
Q Okay. Okay. Mr. Norris, so I am just going to ask you: What is your understanding of this lawsuit?
A My understanding at a high level is that the Plaintiff alleges degraded shift quality of the 10R transmission.
(Exhibit 127 was marked for identification)
BY MR. TORRES:
Q Okay. And today you are here as a 30(b)(6) representative. If you could please take a look at

Kevin Norris

Exhibit 1 -- Exhibit 127, I'm sorry, which is Plaintiff's Amended Notice.
Have you reviewed these topics before?
A I have reviewed some of these topics before.
Q Okay. And which topics are you prepared to testify on today?
A Matter 1.
Q Uh-huh.
A The development and validation of the 10R80.
Q Yeah.
A Matter 2, Ford processes and protocols relative to identifying issues and dealer communications, et cetera.
Q Okay.
A And part of Matter 4 --
Q Okay.
A -- related to engineering support of advertising claims.
Q Okay, sir. And could you share with us what you did to prepare to cover these topics for us today?
A Yes. Uhm, part of my preparation is just my experience and my work at Ford. I was directly involved in the 10R project as the Engineering Manager, so I have direct knowledge of the design and development and validation process as well as our

relationship with GM and individuals who participated.
Additionally, I have direct knowledge from my experience at Ford working on Ford processes and protocols relative to warranty identification, processes at Ford relative to dealer communication issue resolution. And also I was directly involved in the Affidavit and coordinating the engineering information that supports advertising claims.
Additionally, more recently, I spent time meeting with attorneys to prepare reviewing some documents, and uhm, and talking with some other individuals at Ford.
Q Okay. And how many meetings did you have with your attorneys to prepare for today?
A I would have to estimate, I didn't log the number of meetings, but I would estimate we had probably four meetings to prepare for this specific deposition.
Q Okay. And what's the approximate amount of time those meetings lasted?
A Uh, those meetings lasted anywhere from two to three hours.
Q Okay. Was there anybody else from Ford at those meetings?
A Not in the meetings that I, uhm, had specifically with the attorneys. But I did have one other meeting with

a Ford personnel that attorneys participated in.
Q Okay. Who was this person, the Ford personnel person?
A He was a manager at Ford Customer Service Division.
Q What was his name?
A Glenn Humphries.
Q And did you speak with anybody else from Ford?
A I did.
Q Okay. Could you please name them?
A Matthew Fyie.
Q Okay. Who is Matthew Fyie?
A He is a, a Technical Leader in Ford's Design Analysis activity.
Q Anybody else?
A No.
Q So, the only other person you have spoken about, uhm, is Matthew Fyie and Glenn Humphries?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q The only other person you have spoken about in preparation for this deposition is Matthew Fyie and Glenn Humphries?
MR. THOMASCH: Objection.
A That's correct.
BY MR. TORRES:
Q Okay, sir. So, Mr. Norris, uhm, could you please just

Kevin Norris

in your own words describe for us the development of the 10R, 10R80?
A The 10R80 was all new transmission design for rear-wheel drive applications. The initial analysis started in our Advanced Transmission Engineering activity. And once the powerflow was identified, it moved to our Forward Model Group that I led at the time. The Ford development process is approximately a four-year process that includes multiple prototype stages. So that included design, prototyping, testing and finally leading to launch at the transmission plant and assembly plant.
Q Okay. Sir, and you mentioned that you were leading the Forward Model Group at this time?
A That's correct. Specifically the 10R80 project.
Q And when was this?
A Approximately 2012 to early 2017.
Q Okay. And before that, before 2012, what was your position at Ford?
A I was the manager of the Electro Hydraulic Component Engineering Group.
Q Who was your immediate supervisor at this point?
A At the point when I was the Hydraulic Manager?
Q Yes, sir.
A Uhm, I believe we had some organization changes so

there was more than one. At one point it was Craig Renneker.
Q So he was the Electro Hydro Group Supervisor?
A No. He was the Chief Engineer for Component Engineering.
Q Okay. And did anybody report to you in this position?
A Yes.
Q Could you please, uhm, share their names?
A Uhm, Jau-Wen Tseng.
Q Could you spell that, please?
A J-A-U hyphen W-E-N T-S-E-N-G.
Q Okay. Anybody else?
A Derek Kinch.
Q Okay.
A Tony Koenings.
Q Could you spell the last name, please?
A K-O-E-N-I-N-G-S.
Q Okay.
A John Butwin.
Q And could you spell that last name, please?
A B-U-T-W-I-N.
Q Anybody else?
A Pat Heikke.
Q Okay. Anyone else?
A Joe Bousamra.

Q Could you please spell that?
A B-O-U-S-A-M-R-A.
Q Anyone else?
A Mark Cane.
Q Okay. Anyone else?
A There were others but that was over a, probably a five-year period and I'm trying to recall -- there's people that move in and out of positions.
Q Yeah.
A That was the bulk that I recall.
Q Okay. And so you were the Supervisor of this group inside the electro hydro?
A Yes, I was the Manager of that department.
Q Okay. And this was before or after the reorganization?
A Uhm, well, when I say reorganization, I mean minor reorganizations. For example, at one point I worked for the Chief Engineer of Component Engineering. Prior to that I reported directly to the Director of, uhm, Transmission and Driveline Engineering.
Q So if we could go back a little bit, uhm, before the 10R80, what transmission was Ford using on its, uhm, light-duty vehicles?
MR. THOMASCH: Objection.
A In the F-150 Ford used the 6R80 transmission.

BY MR. TORRES:
Q Okay. And did Ford design and develop that transmission?
A That was, uhm, development from Zed-F design that Ford previously purchased, but then had a relationship with Zed-F to modify the transmission and license parts of it and, and use it as a 6R80.
Q And do you know when Ford purchased that design?
A I do not exactly, uhm, I think the relationship with Zed-F started in the late nineties, likely 1997 or 1998.
Q Okay. Could you tell us the earliest use of the 6R80 that you can remember?
A The earliest use of the Ford version 6R80, I believe, was in the mid-2000s, uhm, 2006 or 2007, but I don't know that accurately.
Q Okay. So when you say that Ford purchased the design, what do you mean by that?
A My understanding of the relationship with Zed-F was initially Ford actually purchased Zed-F 6-speed transmissions for use in some limited applications. Uhm, when Ford wanted to expand the use of 6-speeds in order to take advantage of Ford manufacturing capability and capacity, Ford, uhm, licensed parts of that 6-speed design, uhm, modified the design, if

needed, and then produced that transmission internally under the name 6R80.
Q And could you -- and then did what with the transmission?
A Produced that transmission internally.
Q Yeah, what do you mean by producing it internally?
A Manufacturing the transmission in Ford manufacturing plants.
Q Based on the modifications that it had done to the original version or design?
A As the, as the 6R80 version, that's correct.
Q Okay. And could you please tell us what those modifications were? What modifications Ford made to the original Zed-F design?
A I'm not familiar with that detail.
Q Okay. Do you know who would be familiar with that?
A No. Not really.
Q Okay. So, uhm, so the transmission has these main components, right, could you explain those?
MR. THOMASCH: Objection.
A In general?
BY MR. TORRES:
Q Yes, in general.
A For automatic transmissions?
Q Correct.

A Yes. Generally, planetary rear-wheel drive automatic transmission has the main housing or casting. It will have clutches that are hydraulically actuated. There are gears, planetary gears, sun gears, ring gears. There are pumps mechanically driven. Sometimes electrically driven. There are hydraulic main controls. And there's shafting and housings to connect the clutches and gears.
Q Okay. And do you remember whether Ford was, at this time, was making any modifications to the hydraulic controls of the Zed-F design?
A Uh, I don't recall the detail of the 6-speed hydraulic controls.
Q Okay. So moving forward, uhm, how does, how does the decision come about from Ford to move on from the 6R80?
MR. THOMASCH: Objection.
A My recollection was primarily it was driven by a desire for improved fuel economy.
BY MR. TORRES:
Q Okay. And who makes that decision to -- we're going to move away from this product and start using this other one?
MR. THOMASCH: Objection.
A It's a complicated process that involves many people.

There are financial aspects of the decision, timing aspects, technology aspects. So, uhm, it's what I would consider part of the Ford cycle planning process where funding is allocated for new projects based on need.

BY MR. TORRES:

Q And what are the groups involved in this decision making, if you know?

A Typically for a major powertrain project, like a transmission, the groups would be, uhm, strategy and planning activities, uhm, different activities within strategy and planning, some responsible for managing the overall cycle plan and funding. Some responsible for managing the planning of certain product lines or projects. Engineering would be involved, uhm, likely in the form of Advanced Engineering and sometimes current and forward model engineering. And then multiple levels of Ford management would be involved.

Q Okay. And you mentioned Advanced Engineering. Could you explain their role in the design and development of just transmissions in general at Ford?

MR. THOMASCH: Objection.

A The research in Advanced Engineering Group, at least at the time that we're talking about it, was a separate activity from what we call current and

forward model engineering. And their primary role was to research and develop new technology, do analysis on potential products. And then based on the outcome of that analysis, potentially feed early initial designs to the forward and current model engineering group.

Q Okay. And could you please tell us when the research -- the Advanced Research Group started looking into a new design for the main transmission of a vehicle line like the F-150?

MR. THOMASCH: Objection.

A I believe that started in the 2011 calendar year, perhaps before. But in terms of the specific analysis related to 10R I believe it started in 2011.

BY MR. TORRES:

Q Okay. And do you remember who the, uhm, the manager, the people involved at Advanced Engineering at this time; do you remember their names?

MR. THOMASCH: Objection.

A I believe Steve Thomas was the Manager of the, of the group. Uhm, Greg Goleski I believe at one time, at that time was a Supervisor of the, of one of the sections.

BY MR. TORRES:

Q Could you spell his last name?

A G-O-L-E-S-K-I.

Q Okay. And would Advanced Engineering be acting upon a directive from, uhm, a Board of Directors or a different division or department, or can they just start researching stuff on their own?
MR. THOMASCH: Objection.
A Typically their work is, uhm, defined by like a broader agenda. They, at that time, the way Ford was organized, I think they worked for a specific director that was in charge of advanced research. And, you know, as far as meeting overall Ford goals, they would have an agenda and objectives for, for the type of research and analysis they want to do in the coming months or year.
Q Do you recall this director's name?
A I don't recall at that time, no.
Q Okay. Who would have been the lead person doing the research in terms of -- for the upcoming 10R80 or the next model after the 6R80?
MR. THOMASCH: Objection.
A Uh, it was in an entire group, uhm, the names I just mentioned were some of the key players, but there were probably many engineers involved.
BY MR. TORRES:
Q Can you remember any names?
A Uhm, Steve Thomas was the Manager of the group.

Q Okay.
A Greg Goleski was Supervisor of the group. Uhm, Don Hoffman was an engineer that, uhm, did fuel economy analysis in that group.
Q Okay. And are any of these people still working at Ford?
A I believe Greg Goleski still works at Ford.
Q Okay. Do you know what happened to Steve Thomas?
MR. THOMASCH: Objection.
A I don't believe he's at Ford any longer.
BY MR. TORRES:
Q Do you remember when he might have left?
A Hmm, I don't know exactly. Uhm, I think he left probably in the 2013 timeframe.
Q Okay. So, if I could just recap, you've basically told us that Ford was using the 6R80 from the mid-2000s until about -- oh, when did they stop using the 6R80?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q Strike that. When did Ford start -- strike that.
When did Ford stop using the 6R80?
MR. THOMASCH: Objection.
A Uhm, I don't know. In fact, Ford I think might still manufacture the 6R80 for some, for some vehicle lines.

Kevin Norris

But I would have to, I would have to look at some documentation.

Q Okay.

A Ford, I can add, particular to the F-150, Ford stopped using it with the 3.5-liter in 2017. And then with the 2.7-liter and 5-liter engines in 2018.

Q Okay. So could you please explain the process by which Ford analyzes different design options for this new project, the next generation rear-wheel transmission?

A There's a number of elements of the analysis to try to arrive at a new design and manage the tradeoffs. Uhm, initially, uh, there are various what we call stick diagrams that are proposed. And a stick diagram is a schematic representation of the transmission and how the clutches and gears are connected.

From that, uhm, engineers can calculate gear ratios, number of speeds available, et cetera. Uhm, depending on the, uhm, likelihood that that stick diagram will, will be used further, uhm, they may do some initial rough designs and then start to calculate and analyze drag losses and efficiency. And so at that point there would be analysis that would provide with overall span of the transmission, the step size of the transmission, estimates for efficiency and drag

Kevin Norris

loss, and number of components, et cetera.
And so there starts to become an overall picture of how the transmission will perform, what it might cost.
Q Okay. And did Ford look at any of its competitors' transmissions at the time?
MR. THOMASCH: Objection.
A Typically, yes. That's, uhm, an ongoing process at Ford is competitive benchmarking. So Ford would have had good knowledge of, of competitive transmissions that were in the market.
BY MR. TORRES:
Q Okay. And you mentioned that Ford was -- that one of the main drivers of the, of the project as far as the 10R80 was fuel economy. Could you explain why that was important for Ford?
A Well, typically there are ever-increasing fuel economy standards by government agencies. And so as part of our overall compliance plan, it was important to improve F-150 fuel economy since it's such a large volume product.
Q Did Ford look into any trends towards more speeds in transmissions when it was making this determination?
MR. THOMASCH: Objection.
A Yes. My recollection at the time, uhm, was that the

Advanced Engineering Group looked at a number of alternatives, uhm, fewer speeds than ten as well as more speeds than ten. And overall found the 10-speed architecture to be an optimization of, of all the different attributes that are important.
BY MR. TORRES:
Q And how did Ford arrive at that conclusion that it was the 10-speed uhm --
A At a high level, they arrived at it by, uhm, targeting an overall span that was ideal for powertrain matching. Uhm, that, over -- that powerflow also resulted in favorable steps between gears or ratio progression. And additionally, the powerflow provided a very efficient design in terms of low drag loss.
Uhm, so based on all of those it was a favorable design.
Q Okay. And when you say span, you mean the ratio span?
A The overall ratio span.
Q Overall ratio span. Could you explain what that is real quick?
A Overall ratio span is the highest numerical gear divided by the lowest numerical gear.
Q And what is the importance of that?
A The importance of that is the overall range of gear ratios available. So, for example, a larger span

Kevin Norris

would allow for good launch while towing -- towing a trailer because you have a high numerical first gear. But you'd also have a low numerical top gear or overdrive for efficiency during highway driving.
Q Okay. And did Ford ever consider doing an 8-speed instead of a 10-speed?
A Yes. My recollection is that was part of the analysis as well. But there was a, an incremental benefit in terms of fuel economy with the 10-speed.
Q Okay. So, so can you please -- could you explain, once again the, the decision of going from 6 to 10 speeds?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q Well, strike that. At this time Ford is using a 6-speed as its main, uhm, transmission or -- or its most -- it is in its most number of vehicles, right, most voluminous?
A At this time Ford is using a 10-speed.
Q I'm sorry, in 2011.
A That's correct.
Q 2011, they are using a 6-speed. And instead of going to an 8-speed, they decide to go to a 10-speed?
A That's correct.
Q Can you please restate the reason why Ford decided to

do that?
A Uhm, my recollection is the reason was based on the engineering done by our Advanced Engineering Group that developed the patented 10-speed powerflow. And that powerflow provided very favorable ratio progression, a very favorable span, and very favorable low drag reduction. Also it was a clean sheet design that was not based on a competitive transmission.
MR. TORRES: Okay. If we could just take a break real quick? Five-minute break.
MR. THOMASCH: Sure.
THE VIDEOGRAPHER: Going off the record at 9:56 a.m.
(Recess)
THE VIDEOGRAPHER: We're back on the record at 10:03 a.m.
BY MR. TORRES:
Q Mr. Norris, we were talking about the initial research into the 10R transmission. Uhm, what, what exactly is a architecture, when we're talking about transmissions?
A An architecture typically refers to the arrangement of gears and clutches based on the stick diagram or schematic representation of the transmission. Uhm, it can also specifically refer to, uhm, the evolution of

that design into an actual transmission and then it becomes an architecture.
Q So, the architecture is derived from the stick diagram?
A That's correct.
Q In other words, Ford would have developed the stick diagram first?
A Correct.
Q And how does Ford go about, uhm, determining what the stick diagram is going to be?
A Uh, that's really a matter of invention in terms of, uhm, looking for different alternatives to arrange clutches and gears. There are some tools available to analyze stick diagrams like a tool that's known as a, a lever diagram, uhm, that can help in analyzing a stick diagram. And then from a stick diagram, uhm, engineers are able to, uhm, calculate gear ratios, design gear ratios, number of teeth, calculate gear ratios, progressions, overall span, et cetera, number of available gears, number of neutrals, that sort of thing.
Q Okay. Was there any computational process used by Ford in order to arrive at the ideal stick diagram arrangement?
MR. THOMASCH: Objection.

A Yeah, my understanding of that engineering process was, uhm -- again, once, once there were stick diagrams proposed, uhm, there were gear count designs proposed, uhm, gear ratios were available. Span was available. Uhm, and from that there can be a number of, uhm, analyses beyond that.

Once the additional design was proposed, beyond a stick diagram, like a, what we call a cross-section, almost like a two-dimensional design of a transmission. Then engineers can start to estimate, uhm, drag loss, do initial stress analysis on shafts and gears, uhm, for torque and horsepower capacity. Uhm, and then also, once that additional drag loss or efficiency analysis is done, the results of that can be fed into larger powertrain and vehicle models to estimate fuel economy.

BY MR. TORRES:

Q Okay. Do you know if Ford uses a computer model to arrive at the stick diagram?

A Uhm, I don't know specifically if there's a, a computer program that Ford uses to generate stick diagrams. Uhm, but there are a number of computer analysis tools that Ford uses in general.

Q Could you explain why it is important to have nonsynchronous first and second shifts?

MR. THOMASCH: Objection.
A My understanding of the importance of a nonsynchronous first-to-second shift is that non-synchronous upshifts are easier to manage hydraulically because it doesn't require a synchronization of clutches. It relies on a mechanical one-way clutch that releases torque as opposed to a hydraulic clutch that has to be synchronized. Those types of shifts are easier to manage at very slow speed, low torque events like we would -- what we would refer to as parking lot maneuvers.
BY MR. TORRES:
Q Okay. And how does Ford determine whether it will be able to have nonsynchronous 1-2 shifting based on the stick diagram?
A Uhm, that's designed into the stick diagram. It would require the right use of a mechanical one-way clutch or an overrunning clutch as opposed to a hydraulic clutch in a particular position or linked to a hydraulic clutch. And so that would be designed into the stick diagram.
Q How does this nonsynchronous 1-2 or 2-1 shift, uhm, how do they relate to shift quality versus a synchronous version?
A Uhm, generally, for the maneuvers I referred to, like

slow speed parking lot maneuvers or rolling stops and starts, a nonsynchronous shift that is enabled by an overrunning mechanical clutch can be smoother than a synchronous shift. Sometimes transmissions that have a synchronous shift at low speeds, uhm, can feel stumbly or clunky.

Q Is that because there's more parts to it, it's more complicated?

A No. It's just the management of the clutches having to release a clutch and apply a clutch synchronously as opposed to relying on a mechanical overrunning clutch that releases torque when inertia changes.

Q So can you explain this mechanical clutch real quick?

A Yes. In the, in the -- there are different types of mechanical clutches. In the 10R, it's what we would refer to as a high speed roller clutch. So it's a, a, what we called a zero lash device. Uhm, it holds torque in one direction but does -- but overruns and does not hold torque in the opposite direction and is capable of high speeds without issue.

Q And you are saying this is -- is this the type of clutch that is in the 10R, the roller clutch?

A That's correct.

Q Now, when Ford was developing and designing the 10R80, did they ever consider, uhm, a joint program with any

of its competitors?
A Well, when Ford designed and developed the 10R, we did have a relationship with General Motors, uhm, to cooperate on two families of transmissions.
Q Ford already had this relationship at the time?
A No. Ford developed that relationship -- they had a relationship with GM on other projects in the past. But specifically to the 10R project, uhm, and the 8- or 9-speed front-wheel drive counterpart, uhm, that was developed as part of the 10R project.
Q And who at Ford approached GM for this collaboration?
MR. THOMASCH: Objection.
A Uh, I don't know initially at what level of management they may have approached. Uhm, but, in early discussions, our Advanced Engineering Group, uhm, would have exchanged some design proposals, uhm, even prior to being the 10R Manager I was involved in some of those discussions.
BY MR. TORRES:
Q What discussions?
A Discussions with General Motors about a potential cooperation. And then, if there were a potential cooperation, what design would be pursued.
Q Do you remember when Ford first approached GM for the collaboration on this 10-speed or the next generation

transmission?
A Yeah, approximately either early 2012, or perhaps maybe late 2011, but in that timeframe.
Q And what was General Motors' initial reaction?
A My understanding is that they were open to cooperation. They had already approved their plans to develop, uhm, the family of front-wheel drive transmission, that's part of the agreement, and were need of a new premier rear-wheel drive transmission. And so the 10-speed was attractive to them.
Q And what was the benefit for Ford of this relationship with GM?
A It allowed Ford to develop two major transmission families, uhm, with fewer resources than would be required to develop them independently.
Q And those two transmission families are?
A The 10R family of transmissions. And then the front-wheel drive family which was initially 9-speed, uhm, and, and was later modified to be an 8-speed.
Q The forward -- the forward-wheel drive was modified to be an 8, is that what you said?
A No.
Q I'm sorry. What was the second transmission familiarly?
A The second one is the front-wheel drive transmission

Kevin Norris

family that General Motors led. Uhm, the initial design provided by General Motors was a 9-speed family for the three variants. Ford subsequently modified that to an, an 8-speed.
Q And you mentioned that -- if this relationship with Ford, this joint venture with Ford would move forward that Ford would be using fewer resources; correct?
MR. THOMASCH: Objection.
A Uh, fewer resources in totality considering the development of two major families of transmissions.
BY MR. TORRES:
Q All right. And could you explain what those resources were?
A Typically, uhm, maybe I can explain it by explaining the 10R resources that Ford led.
Q Yeah.
A So, typically there's a, a transmission systems department, that was the department that I led, uhm, that could range from 30 to 50 people perhaps responsible for various aspects of engineering. Also there are many component engineers in other groups that feed the design, uhm, you know, maybe as many as another 12, 15, 20 engineers. Uhm, there are huge drafting and computer-aided design resources required to develop the prints and specifications. Uhm, there

are resources required to do all the modeling needed for a modern transmission in terms of stress analysis, uhm, that type of thing.
Q Okay. And so Ford will be using fewer resources because GM had already, uhm, developed these?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q Or GM already had them in place?
A Or GM was developing them for the front-wheel drive transmission, right, that, that, that was a benefit to Ford.
Q Did GM have a rear-wheel drive transmission at this time?
MR. THOMASCH: Objection.
A Uh, they did have a rear-wheel drive transmission.
BY MR. TORRES:
Q I'm sorry. How many speeds was GM's rear-wheel drive transmission at this point?
A Uhm, my understanding at that time they still used a mix of 6-speeds and some 8-speed rear-wheel drives. But were, uhm, very interested in moving from 8-speed to 10-speed based on the Ford design.
Q Right. So General Motors already had an 8-speed rear-wheel drive whereas Ford did not?
A That's correct.

Q Okay. Now, we were talking earlier about Zed-F; is that how you pronounce it?
A Correct.
Q What role did they end up playing in the architecture of the 10R80?
A They played no role in the architecture. But my recollection is that there is a, uhm, shell and clutch connection that Ford, some type of clutch arrangement that Zed-F had patented. And so, uhm, there was debate whether or not a license was required. But my recollection is that Ford licensed that patent from Zed-F, uhm, to, to use the 10R design.
Q So the design was for what part?
A I would have to go back and look at the specific patent. It was a minor patent on a specific clutch. And either clutch-and-shell or clutch-and-gear connection that the 10R used. At that time Ford debated -- there were alternative 10R designs by rearranging some components, but felt that the best designed included that feature that Zed-F had patented. So, uhm, Ford pursued a license with Zed-F for that minor feature.
Q And this minor feature is the clutch connection?
A Again, I can't remember the specific patent. I would have to go back and research the patent. But it's a

general patent around a clutch connection either to, uhm, a gear or a shell.
Q Okay, so, yeah. So I'm not asking about the patent itself. I'm asking about the, the item, the component that was -- that it was -- the patent was related to?
A Yeah, that's what I am saying. I don't recall the detail of that without remembering what the patent was.
Q Okay.
A It was not a major, uhm, element of the design. It was like a, a feature.
Q Of whose design? Not a major feature -- you are saying this item that we're talking about that we don't know the name -- you are saying it was not a major feature of whose design, Zed-F or Ford's?
A It was not a major element of Ford's design. But it was a feature that Ford wanted to keep in the 10R powerflow.
Q All right. Who could be able to tell us what this element is?
A Perhaps Office of General Counsel that may have been involved in our -- Intellectual Property Counsel that may have been involved in the licensing.
Q Does Ford use this part or item in their 10R80 right now?

A I believe they still do, yes.
Q Okay. And as part of your preparation for today's deposition of the design of the 10R, you can't tell us what this part is?
A No.
MR. THOMASCH: Objection.
A That's correct. I didn't specifically research that, the history of the, of the Zed-F patent, that's correct.
BY MR. TORRES:
Q And you mentioned Ford basically purchased this property -- intellectual property from Zed-F or did they have some other type of arrangement with them?
MR. THOMASCH: Objection.
A I think I said they licensed it, uhm, so I think there's a per product fee to Zed-F.
BY MR. TORRES:
Q Okay. Could you, uhm, briefly explain the relationship between Ford and GM in terms of the development of the 10R80?
A Uh, yes. The 10R80, as I mentioned, was part of a, of a joint agreement that included a rear-wheel drive family of transmissions and a front-wheel drive family of transmissions. At the highest level, the agreement was that Ford would lead the rear-wheel drive design

and development, and that's the 10R80. And subsequently a 10R60 and 10R100. And then GM would lead the front-wheel drive transmissions in terms of design and development and validation.

Q And do you -- do you remember who the main contact at GM was for this joint venture?

A Uh, for the overall joint venture, I don't recall who the, the main contacts were. But my counterparts on the rear-wheel drive side of the project for the 10R80 were Joel Mowatt.

Q Could you spell his last name?

A M-O-W-A-T-T.

Q Okay.

A And then Veronica Spitza.

Q And could you spell her last name, please?

A S-P-I-T-Z-A.

Q Okay. So, in general, you would have been communicating with these folks while you guys were researching the design and implementing those changes?

A Uh, not so much in researching the design but in, uhm, the current and forward model design process. Once Ford had an approved project and we began designing the detail of the transmission developing, that's when the relationship with Ford -- with GM started essentially.

Q Okay. So, could you tell us when was the date that
Ford had originally planned to release the 10R80?
A Uhm, by "release" you mean release to retail
consumers?
Q Uhm --
A I only ask because in the Ford vernacular --
Q Right.
A -- release is a particular term that --
Q Right.
A -- applies to when a blueprint or print is published.
Q Right. So could you explain that process, just in
general?
A Certainly. Uhm, Ford has a release system called the
Worldwide Engineering Release System or WERS. It's a,
a, a computer database that all Ford parts are
released into, uhm, and it manages the, the hierarchy
of parts that go into assemblies all the way up to a
vehicle. And it's a tool that the entire company uses
to, uhm, manage, you know, bill a material and
logistics. But also as an engineering function we use
it to manage version control of blueprints and
specifications.
Q So, when was Ford's plan release date for the WERS
system?
A There would have been multiple stages of release, uhm,

a program of this scope had three prototype phases, what we called an X1, and prints would have been released for that. Uhm, there was an M1, and prints would have been released for that. And then updated again based on learnings and released for a VP phase.

And then if any further modifications were required, they would be released, you know, prior to preproduction builds.

Q And is there such a thing as an XO phase?

A XO and X1 are sometimes used interchangeably. I think XO relates more to the, uhm, power pack or transmission itself. And X1 may relate to the transmission in a vehicle prototype as well.

Q Okay. And M1, what does that acronym mean?

A Uh, I don't know, that's become a word at Ford. I don't remember the origin of M1. But essentially what that is, it is the first prototype phase, uhm, that is a production representative design. It's what, you know, it's the first phase of what, uhm, Ford believes would be the production design but not necessarily production tooled parts. They may be specially machined, but the design would be production for the initial phase of testing.

Q So this is before the transmission has actually gone into a vehicle?

A Uhm, the design is before, that's correct. But as part of the M1 phase, uhm, that would be concurrent with a vehicle prototype phase as well, uhm, so that transmission would be fed into vehicle prototypes.
Q So there would be, I guess, parallel projects going on for the different components, one of them being the transmission?
A Yeah, that's fair to say, yes.
Q Again, do you remember -- could you please tell us if Ford planned to release the 10R80 -- strike that.
Could you please tell us if Ford initially planned to release the 10R80 on the F-150?
A No. Initially I think the cycle plan proposal was to release it on the Expedition and Navigator. And then subsequently that plan was changed, uhm, with the same timing but to change the product to F-150.
Q Do you know why that change was made?
A I think there were several, uhm, reasons that played into it. One was Ford had some intelligence that, uhm, GM may release it on their pickup truck before Ford did. Uhm, because the 10R was such a premium product and important to Ford and because the F-150 is so important to Ford, Ford wanted to rearrange the cycle plan so we could showcase the new powertrain in the F-150.

Kevin Norris

Q When you say "showcase," what do you mean?
A I mean it's a, uhm, a new transmission for improved fuel economy, a lot of technology and, uhm, premium features. And Ford wanted to make sure that, uh, F-150 continued its leadership in the truck market and that was an enabler.
Q In other words, being first to market with a 10R80 was pretty important to Ford?
MR. THOMASCH: Objection.
A Uh, it was important to Ford to make sure that F-150 kept its leadership and a 10R in the F-150 was a part of that equation, as I recall.
BY MR. TORRES:
Q And having this -- strike that.
And how would having this new transmission with new technology impact Ford's leadership in the -- in the arena?
MR. THOMASCH: Objection.
A Uhm, in a, in prob -- a few ways. Primarily with a significant fuel economy benefit, which was the prime driver for the 10R project. But additionally, uhm, because of the, uhm, powerflow and the, the gear ratio progression that we talked about and the overall span, it also provided, uhm, performance benefits in terms of acceleration, improved acceleration trailer tow,

Kevin Norris

that sort of thing. Uhm, and it had other features, too, that were, were a benefit.

BY MR. TORRES:

Q And would it help -- and would -- would releasing the 10R80 first help Ford with its positioning among its -- among the target market?

MR. THOMASCH: Objection.

A Uhm, marketing is a bit out of scope for me, but at a high level, what's important to, uhm, maintain truck leadership are customer attributes such as fuel economy, performance, uhm, drive, drive control features, those types of things. So that's why the 10R was important in the F-150.

BY MR. TORRES:

Q So being first to market would be an important aspect of Ford's marketing itself?

MR. THOMASCH: Objection; scope.

A Uh, I don't know necessarily about the timing but, uhm, again, what was important was to update the F-150 as soon as available to maintain leadership.

BY MR. TORRES:

Q Do you know if the cycle plan for the 10R80 was delayed at any point?

A The launch of the 10R80 was delayed at, at one point.

Q And could you tell us the reasons why it was delayed?

A Uhm, I don't remember the specific issues but there were a number of development issues, uhm, some software, some prototype functionality, uhm, and the company wanted to make sure that it was a quality launch. And so rather than try to maintain original timing, uhm, they wanted to eliminate risk and make sure that it was a quality launch.
Q Okay. And when you say there was, there were development issues, you mentioned that there were software issues and there was prototype functionality issues. Were there any others?
A Uh, not that I recall.
Q Beside development issues, do you remember any other issues?
A Uhm, no. By development issues, uhm, I mean like during validation of the M1 and VP prototypes, those types of things.
Q Okay. And what is validation of the, did you say the VP type?
A M1 and VP prototypes.
Q Could you explain that, please?
A By validation, uhm, what I mean is Ford does, uhm, a fair amount of testing at the component level, at the subsystem level, and at the transmission system level.
At the component level, the testing may be

Kevin Norris

done on bench rigs or in a laboratory at a supplier or at Ford.

At a system level the transmission is tested typically in a dynamometer per various requirements.

And then there's also vehicle testing where it's tested on, in vehicle, on a prescribed Ford durability route.

Q And is that also the order in which this testing goes component, system, vehicle?

A Ideally that would be the order. Uhm, you know, in terms of the purest systems engineering model. But often there's concurrent testing, depending on whether or not there's updates, there might be concurrent component testing with system testing.

Q And how many -- do you call these prototypes that you are testing? Are these prototypes that you are testing?

A Yes.

Q 10R80 prototypes?

A Yes.

Q And how many of these would be going on at the same time?

MR. THOMASCH: Objection.

A It varies by phase, uhm, for example, in the XO or X1 phase that we talked about, that was a very, very

small build maybe, I don't recall specifically, maybe two to five transmissions, something like that. And then the M1 phase would be much larger, uhm, it might be a build of 50 to 100 transmissions that would be used both for testing as -- at the transmission level, but also supplied to vehicle prototypes. And then the VP phase, uhm, likely similar to M1 in terms of size of the, of the build.

BY MR. TORRES:

Q And all this testing is done where, in what location?

A It's done in many locations. Uhm, some of the component testing is done at suppliers. Uhm, some of the component testing is done in Livonia, uhm, at the Transmission Development Center. The systems testing is done in Livonia at the Automatic Transmission Development Laboratory -- or Dyno Laboratory. Uhm, vehicle testing is done in a variety of places. The Michigan Proofing Ground for durability testing. And then some development work is done at the Arizona Proving Ground and, and other sites.

Q Okay. And could you please expand on the software issues that you mentioned delayed the launch of the 10R80?

A My understanding was that the 10R control system was an all new control system that was specifically

designed for 10-speeds and for the 10R. And so there was a lot of content, uhm, that required development. And throughout the, uhm, program, there were some learnings and more content added.
Q And when you say "content," what do you mean?
A I mean software features and, uhm, algorithms in the software to provide various functions.
Q What kind of functions?
A All functions that could be related to shift scheduling, that could be related to hydraulic control, that could be related to diagnostics, all functions.
Q So you mentioned the content that is being developed basically encompasses algorithms, shift scheduling, hydraulic controls and diagnostics. Any other ones?
A At the highest level, that's correct.
Q Any other ones?
A Those are the primary functions.
Q And when you say the 10R80 had a completely new control system. What do you mean?
A I mean that it was not based on an old control system. It was developed, uhm, specifically for the 10R.
Q What is a control system?
A That's the software, uhm, the powertrain control module software that operates the 10R.

Kevin Norris

Q And how exactly does the -- that's the PCM, right, that's what you guys call the PCM?
A That's correct.
Q So how exactly does the PCM control this 10R80?
A The control software resides on a chip in the PCM. And the processer in the PCM runs that software. And then there is an I/O board, or input/output, that manages actuators in the transmission. And also gathers signals from sensors in the transmission.
Q And what are these signals there to accomplish? What are -- what are these signals doing?
A For example, there's speed sensors. And the purpose of the speed sensor is to be able to measure the speed of element that they are, uhm, placed at. The 10R has four speed sensors.
Q Are there any other type of sensors?
A Uh, not that I recall. Uh, I think speed sensors are primarily the sensors -- oh, I'm sorry. There is a transmission range sensor that uhm, detects the, uhm, the range of the, of the manual shaft in terms of what the customer has selected for, uhm, you know, park, reverse, neutral, drive, that sort of thing.
Q Okay. Let's -- let's go back a little bit. Uhm, does this PCM have a specific name?
A Uh, there's generally part numbers associated with

PCMs.
Q What is that part number?
A I don't know the part number.
Q Okay. Is the PCM the same thing as a TRAM?
A I'm not sure what a TRAM is.
Q A -- we'll get -- I'll get you that in a second. Transmission actuator transmission --
A At Ford, when there's a separate module that is sometimes used, uhm, Ford generally would call it a TCM, a transmission control module. It would be very similar to a PCM and talks to the PCM, a separate module, but that's what Ford would call it.
Q Okay. And before the PCM that was developed for the 10R80, what did Ford use in its other products?
MR. THOMASCH: Objection.
A Ford, Ford would use Ford designed control software, uhm, that was previously designed suited to previous transmissions like the 6-speed.
BY MR. TORRES:
Q And were there any consultants or third parties that helped Ford develop this new PCM?
A Uhm, if you are specifically talking about the software control, the algorithms, not that I'm aware of. Ford does work with supplier partners on the hardware of the PCM, for example, Bosch or Continental

and others, but they are not involved in the, in the control software.
Q Okay. And is this, the hardware on this PCM, is it Bosch?
A I don't know that.
Q How long does it take to develop a new control system from scratch for a new -- sorry, strike that.
How long did it take Ford to develop this new control system for the 10R80?
A I don't recall the specific timeline of the, of the actual control project. But as part of the overall 10R project, uhm, a power, a unit power pack project like this is typically 48 to 54 months long in the Ford development system.
Q Okay. And why was the development of this control system delayed?
A Uhm, I think the main element was providing more functionality, uhm, more content, making improvements.
Q What is providing more functionality mean?
A It means, uhm, the development process in terms of control system and calibration is when calibrators are working in vehicles calibrating the transmission, taking data, doing analysis. They may find a particular issue where they would propose that a, a different or improved algorithm could improve that

particular event. And so that would be a request for a modification to the software.
Q And what kind of issues or events are we talking about here?
A Uhm, I don't know specifically. I mean, in general, as part of the development process when they would uncover something, uhm, that's the Ford software process they would put in what's call a URD, or user request document, for changes and the software team would make modifications.
Q So during your preparation for this topic, you did not prepare for, uhm -- you did not investigate the exact issues or events that delayed the development of the control system?
MR. THOMASCH: Objection.
A No, I did not. I primarily prepared for the design and validation of the 10R system, the hardware system.
BY MR. TORRES:
Q And so the PCM is not a hardware?
A It's not considered part of the transmission hardware system, no.
Q What is it considered a part of?
A Part of the control system.
Q So the PCM is part of the control system. So, so what exactly are the hardware system parts that you

prepared to talk about?
A When we refer to transmission hardware, it's generally the entire transmission assembly. That would include, uhm, the torque converter, the housing, all the internal components, uhm, the hydraulic controls, everything that's in a, in a transmission assembly as shipped.
Q And are the -- so is the PCM in any way related to the hydraulic controls?
A The PCM interacts with the hydraulic controls, yes.
Q How?
A The PCM interacts by managing actuators by taking signals from the transmission running algorithms and managing actuators.
Q What is an actuator?
A An actuator is a device that can be controlled by a module or computer. For example, uhm, an electromagnetic solenoid.
Q And are the solenoids part of the hydraulic controls?
A They are.
Q And they are controlled by the PCM?
A That's correct.
Q But you did not prepare to talk about the PCM?
MR. THOMASCH: Objection.
A That's correct.

BY MR. TORRES:
Q Okay. So let's talk about the hydraulic controls. Can you just in general explain what the hydraulic controls of the 10R80 are?
A Yes. Uhm, at a, at a high level, the hydraulic controls, uhm, are a system of valves and actuators and passages that manage the hydraulic functions such as clutch application and release, lubrication, uhm, torque converter, clutch application, that sort of thing.
Uhm, specifically, the 10R was developed with an improved or upgraded hydraulic control system from previous generations. The Ford acronym that we used was CIDAS or casting integrated direct acting solenoid.
Q And how is that system an improvement from the previous version?
A Uh, the main element of that was that the electromagnetic solenoid would act directly on a regulator valve through a mechanical force as opposed to providing a hydraulic signal to a regulator valve. And so there was improved, uhm, response time and improved accuracy.
MR. TORRES: Can you repeat that last part?
(The answer was read back)

Kevin Norris

BY MR. TORRES:
Q Okay. And what is a regulator valve?
A A regulator valve is a spool valve in the transmission that regulates hydraulic pressure based on, uhm, some external signal either a mechanical force or a hydraulic force.
Q What does it regulate again?
A It regulates hydraulic pressure.
Q Hydraulic pressure where?
A In general, a regulator valve regulates hydraulic pressure to anywhere. In terms of an automatic transmission, it regulates pressure to a clutch.
Q How many of these valves are there on the 10R80?
A I believe there are seven total.
Q Could you explain how exactly these -- the pressure is regulated by the valve?
A The electromagnetic solenoid acts mechanically on the end of the regulator, regulator valve. And then through, uhm, a function of moving the valve, it either covers or uncovers hydraulic ports to regulate to, uhm, a target pressure.
Q And this pressure is located in the clutch, correct?
A The pressure is set to the clutch, we would say.
Q Set to the clutch?
A Set.

Kevin Norris

Q What does that mean?
A It's the hydraulic pressure that would feed the clutch.
Q And what do you mean "feed the clutch"? Sorry I --
A Uh, it, the -- the routing of oil in an automatic transmission, uhm, it starts in the pan, or what we call the sump. Then the oil goes into the filter. And then through the filter, the oil goes into the hydraulic pump or the main pump. And then the main pump provides pressure to the main control or hydraulic control assembly to various passages. And that pump pressure is then regulated through a regulator valve. And then there's passages where that regulated fluid at regulated pressure is -- goes to a clutch and can apply or release a clutch.
Q And that's the hydraulic, electrohydraulic system that we're talking about; right?
A Yeah, yeah.
Q All right, here we are, we made it. Internal joke. Sorry.
How many pumps do we have here in the 10R80?
A There's a main pump, uhm, and then there's an auxiliary electrical pump that's used, uhm, only for stop/start feature.
Q Okay. And the pump is just sending or, uhm, directing

Kevin Norris

the oil to the different parts?
A The pump directs it to the main control and the main control directs it to different parts.
Q And what controls the main pump?
A Uhm, it's an off-access pump driven by gears and it's a variable displacement pump. So there is a feedback signal from the hydraulic control, uhm, to regulate the displacement for the required pressure.
Q Okay. What determines the amount of pressure a clutch requires?
A Typically, uhm, it requires enough pressure to hold the torque at that pressure. And then it requires management or design of the event when the clutch is being applied, sort of like the rate of increase of pressure, uhm, and that's what we would call a calibration function.
Q So the amount of pressure in the clutch depends on whether it's being applied or released, among other things?
A Yeah, among other things. The amount of pressure will determine whether it is being applied or released. Yeah.
Q And the signal for the pressure you said comes from the solenoids?
A That's correct.

Q And what is the input to the solenoid to create this signal?
A That's the, uhm, signal from the control system either a TCM or PCM.
Q And before that, is there another input?
A No. That input is calculated by the transmission control algorithm. So that would be the input.
Q What about the driver?
A The driver is an input to the PCM in terms of throttle.
Q Throttle, correct?
A Speed, et cetera.
Q Depending on the amount of throttle, for example -- strike that.
The amount of throttle a driver is requiring or inputting into the vehicle in a way determines the amount of pressure going into the clutches?
A In a general sense.
Q Could you explain it better?
A Yeah. In a general sense that's correct, but it is not a direct correlation. Uhm, typically control systems are what we would call torque-based control systems.
Q Right.
A And so there's a sophisticated algorithm, depending on

conditions that would take the driver input. And depending on engine torque and vehicle speed and other conditions, then calculate the, the right pressure and then that's what sent to the actuators.
Q Right. So you have an algorithm and you have these variables, right?
A Correct.
Q And it is computing what to the -- could you tell me what those variables are again?
A Throttle input, vehicle speed, range selected, current gear, uhm, a, a number of other environmental conditions, temperatures, uhm, in some cases what mode the transmission could be in, sport mode or normal or if it is a tow/haul mode. The estimated, uhm, weight of the, of the vehicle that the PCM can calculate. Uhm, the inclination the vehicle may be on. Uhm, there's a number of inputs into, into that control system.
Q Yeah. Uhm, are you talking about more than 50?
A Uh, I, I don't know. I don't know. I, I, I would --
Q About 20, 30?
MR. THOMASCH: Objection.
A Yeah, I would have to -- I think more than 50 in terms of everything that's an input to the algorithm.

BY MR. TORRES:
Q Uh-huh.
A But in terms of a driver input --
Q No, no, for the algorithm.
A Oh, yeah, more than 50 for, for sure.
Q Okay. And does this algorithm have a specific name?
A Uh, no. When I, when I speak of algorithm, I am talking about just generic chunks of the overall control system which is a great big software program.
Q And what is that software program called?
A I don't think we name it typically.
Q So when you guys are talking about it, what are, what are you saying, the algorithm?
A Transmission controls.
Q Transmission controls?
A Software, yeah. I'm not aware of a -- for the gas engine side, we call it FGECS, which is Ford gas engine control system. But I'm not aware of a name for the transmission software.
Q Okay.
MR. TORRES: Can we take a break real quick, is that okay?
MR. THOMASCH: How long of a break would you like?
MR. TORRES: Just ten.

Kevin Norris

THE VIDEOGRAPHER: We're going off the record at 11:01 a.m.

(Recess)

THE VIDEOGRAPHER: We're back on the record at 11:26 a.m.

BY MR. TORRES:

Q Mr. Norris, right before the break we were talking about THE hydraulic control system that you were the Supervisor of; correct?

A Correct.

Q And we were talking about, uhm, pressure in the clutches and how that was controlled by the PCM; correct?

A Correct.

Q Okay. So, when trying to determine what the amount of pressure at a clutch is, what kind of tests does Ford use?

MR. THOMASCH: Objection.

A Typically, there would be the calculations to establish the minimum required pressure to hold a, a required torque, uhm, and there are some dynamometer tests that, that could test for that as well.

In terms of transient events like, uhm, shift events, uhm, typically that's a development process that's executed by calibrators.

Kevin Norris

BY MR. TORRES:
Q Can you remind me what the difference between the TCM and PCM was?
A The T in TCM is for transmission control module. And the P for PCM is for powertrain control module.
Q And what would be the difference?
A Typically, most Ford gas applications have a PCM that houses the software for both the engine and the transmission. In some applications there have been examples where, uhm, Ford used a TCM, uhm, separate from the PCM. So the PCM would manage the engine and TCM would manage the transmission.
Q And which applications are those?
A Uh, I don't have a list. Uhm, I think, if I recall correctly, I think initially, I think the 10R launched with a TCM application in the F-150 and Expedition. And then subsequently moved to a, a combined PCM.
Q And do you remember when this shift was made? To the combined TCM/PCM?
A I -- I don't recall specifically but I think it was probably in the 2000 -- well, I don't recall specifically on F series. I think on Expedition it was in the 2021 timeframe, '21 Model Year. I don't recall on F series.
Q So do you know whether the 2018 Model Year has a

PCM/TCM combination for the F-150?
A I'm not, I'm not certain.
Q Do you know if the 2019 Model Year has that?
MR. THOMASCH: Objection.
A I'm not certain.
BY MR. TORRES:
Q Do you know why this decision was made to put both of these on there?
A Yeah, I think initially because the, uhm, control system for both the engine and the transmission is, is fairly sophisticated. It required a lot of, uhm, uhm, module, both memory and processing power. And I think initially that's why they were, uhm, separate applications.
Q And why did it require so much processing power?
A Uh, it was a, a large, uhm, software program.
Q What was a large software program?
A The control system for the transmission.
Q So the software program on the original TCM was large you mean?
A Yeah, in general. Control software is, is quite large. It could be hundreds of thousands or millions of lines of code.
Q All right.
A Uhm, so that was the reason.

Q So does the 10R80 require more processing power than, for example, the 6R80?

MR. THOMASCH: Objection; scope.

A Uh, no, I don't know that specifically. Uhm, along with that there's other, uhm, inputs that would drive a decision like that initially, like I/O, like the number of input and output circuits available on a module to control.

BY MR. TORRES:

Q And what determines the amount of input/output circuits?

A Uh, the number of sensors and the number of actuators.

Q And does the 10R80 have more sensors or lessors than the 6R80?

MR. THOMASCH: Objection; scope.

A More sensors I believe.

BY MR. TORRES:

Q How many more sensors?

MR. THOMASCH: Objection.

A I do not know.

BY MR. TORRES:

Q Why does the 10R80 -- how many sensors does the 10R80 have?

A The 10R80 has four speed sensors and a range sensor.

Q Now, in general -- well, actually, strike that.

Does the amount of processing these components are doing, the PCM and the TCM, does the amount of processing that they do relate in any way to the amount of speeds in the transmission?
A I think at a high level, yes, uhm, you know, there's a, a total algorithm in the total control system is lager to account for speeds.
Q Does the amount of processing the PCM and TCM do relate to the amount of gears in the transmission?
A By gears do you mean the physical elements?
Q Yes.
A Uhm, no, it would be more likely related to the number of gear ratios.
Q And how are gear and ratios, uhm -- what is a gear ratio composed of?
A A gear ratio is the numerical ratio of the input speed of the transmission divided by the output speed.
Q So would it be correct to say, then, that the amount of processing required by the PCM and TCM in the 10R80s related to the amount of clutches?
A Yes. That's a fair statement.
Q How is that relation -- can you explain that relationship?
A The relationship between what?
Q Between the amount of processing and the number of

clutches?
A At a high level, a transmission control system has various algorithms to manage, uhm, a clutch. It also has adaptive algorithms and some event-based algorithms. And so the more clutches or the more simultaneous application of clutches, uhm, typically the more functionality or content there would be in the control system.
Q And when you say simultaneous application, what do you mean?
A I mean application at the same time.
Q And what are these clutches applied to?
A I'm sorry?
Q You said, you said the simultaneous application of clutches; right?
A Correct.
Q What are they -- what are the clutches simultaneously being applied to?
A Oh, well, the term applied in a clutch, uhm, is, in and of itself, applied essentially means closed or engaged as opposed to disengaged or, uhm, open. Uhm, and in a planetary transmission when clutches are applied, they make connections between shafts and housings that ultimately provide a different, uhm, speed relationship to different gear elements. That's

how different ratios are developed in a transmission that only has four gearsets.
Q And are you using clutches and gearsets interchangeably?
A No. I'm not.
Q What is the difference between those two?
A A gear is a mechanical element with teeth. Uhm, there are spur gears and helical gears. Uhm, and then as a larger set in an automatic transmission we have what we call planetary gears; where there's a sun gear, planet gears that rotate around the sun gear, and then a ring gear that contains the whole assembly.
Q So at any one time, how many clutches are applied simultaneously in the 10R80?
A Uh, typically, uhm, for most forward speeds I believe there are four clutches applied, which is one of the real benefits of the 10R, that's what makes it such an efficient transmission because it has low open drag loss.
Q Are there any tradeoffs to having four clutches being applied at the same time?
A Not that I'm aware of.
Q Would the PCM and TCM have to perform more computations to determine what to do with the clutches when there's four versus three?

MR. THOMASCH: Objection; scope.
A In a general sense I think that's a fair statement, yes.
BY MR. TORRES:
Q All right. And would the amount of time that these four clutches -- strike that.
What is the most clutches applied to the 10R80 at any given point?
MR. THOMASCH: Objection.
A I believe it is four.
BY MR. TORRES:
Q Four. And the least?
A I would have to refer back to the application chart, uhm, to be sure.
Q Okay. Do you know of any other of your -- of Ford's competitors transmissions requiring four clutches to be applied at the same time?
MR. THOMASCH: Objection; scope.
A Uh, I'm not familiar with the clutch application chart for, uhm, for non-Ford transmissions.
BY MR. TORRES:
Q Did Ford look at the clutch application chart of the GM 8-speed rear-wheel drive transmission when it was developing?
A Yeah, I mean by process, I'm certain that Ford would

have, in the engineering group that did the advanced engineering, would have understood the stick diagrams and the application charts for competitive transmissions.
Q So does the -- strike that.
Mr. Norris, do you know if when Ford and GM were collaborating whether Ford disclosed to GM that the 10R80 transmission used four simultaneously applied clutches?
A Yes, I can say for certain.
Q Yeah, okay. And what's the -- what's the significance of that application -- I'm sorry -- of that feature in the 10R80?
MR. THOMASCH: Objection.
A Uh, there's two significant aspects. Uhm, one is that it enables the powerflow itself, or the stick diagram, and that is, uhm, to be able to accomplish 10 gear ratios with four planetary gearsets.
The other significant benefit is that because of six clutches, four are generally always applied and only two are open, uhm, there's lower drag loss for improved efficiency.
BY MR. TORRES:
Q Mr. Norris, are you aware of any discrepancies or disagreements between GM and Ford during the

development of the 10R80 in terms of what components
to include or not?
MR. THOMASCH: Objection.
A In terms of what components?
BY MR. TORRES:
Q Components or parts to include in the 10R80 or not?
A Uh, no, I'm not aware of a discrepancy in terms of the
scope of the components that were included in the, in
the agreement. Uhm, at a high level the cooperation
was that the lead company, Ford in this case, would be
responsible for designing the core components. And
then each company, uhm, would be responsible for their
own software and calibration and also their own
application-specific components in engineering.
Q Any disagreement about what components or parts to
use?
A Not aware of a disagreement in terms of the scope of
parts. Do you mean specifically --
Q Well, I'm wondering about the four clutches. So if I
could introduce into evidence, Exhibit Number 127 --
128, I'm sorry, with Bates number 67 ending in 67488.
COURT REPORTER: Was that something that we
uploaded or downloaded?
MR. TORRES: Yes. Can we go off the record
real quick?

Kevin Norris

THE VIDEOGRAPHER: Going off the record at 11:45 a.m.

(Recess)

(Exhibit 128 was marked for identification)

THE VIDEOGRAPHER: We're back on the record at 12:07 p.m.

BY MR. TORRES:

Q Mr. Norris, looking at Exhibit 128, do you see at the top, it's a conversation between Todd Crompton and Kurt Nickerson dated 10-2-2015 regarding the transmission scheduling enhancement. Can you explain what scheduling enhancement is?

MR. THOMASCH: Objection.

BY MR. TORRES:

Q Mr. Norris, can you explain what transmission scheduling enhancement is in relation to the development of the 10R80?

A It appears, relative to this E-Mail chain, that the specific enhancement that's being discussed is to include vehicle lateral acceleration in the scheduling algorithm.

Q And what is vehicle lateral acceleration?

A It's the acceleration in the lateral vector.

Q And so, is it correct to say that type of oscillation was not originally included in the 10R80 shift

Kevin Norris

schedule?

MR. THOMASCH: Objection.

A Uh, I think that's a fair statement based on this E-Mail chain.

BY MR. TORRES:

Q All right. And what is the shift scheduling?

A The shift scheduling is the overall algorithm that determines which gear the transmission should be in based on a number of variables and inputs.

Q And that is something that Ford programs into processer that we're talking about, the PCM or the TCM, or into the algorithm?

MR. THOMASCH: Objection.

A That's correct. That's something that Ford writes and designs software to control and also calibrates.

BY MR. TORRES:

Q Okay. And we were talking about Ford and GM's relationship and how they were collaborating in these -- in the development of the 10R80. And we were talking about the fact that the 10R80 has -- uses the four clutches at the same time; correct?

A Correct.

Q And if you see here, Mr. Nickerson is saying, uhm, the information here is good, uhm, but we're closely guarding the fact that we're doing four clutch

downshifts and a few other details from GM. Why would -- why would this detail be, uhm, kept from GM?

MR. THOMASCH: Objection.

A As part of the agreement, Ford agreed to cooperate on the hardware system of the 10R80 but explicitly agreed to not cooperate on software and calibration or any features related to software and calibration.

BY MR. TORRES:

Q Okay.

A So while we were in a relationship and agreement with General Motors, they're still a competitor in some key segments.

Q Okay. And what exactly is a four-clutch downshift?

A I believe what Kurt is referring to in this E-Mail that's different than just four clutches being applied that we talked about in static gears; a four-clutch downshift would be managing four clutches for a single shift event. For example, two clutches would be released while two other clutches are being applied.

Q And the clutches being released and being applied would depend on the, the example that we talked about, the acceleration of the vehicle at the time?

A It, it would depend on the starting gear and the finishing gear, uhm, what the, what the event wanted to achieve in terms of the destination gear. And some

multi-step downshifts would require a, a four-element shift.
Q Okay. And at the bottom of the page, do you see where it says "Upshifts"? Very bottom, it says that the transmission has a "Dedicated multi-step upshift curves to allow skip shifting without COM during constant pedal acceleration"?
MR. THOMASCH: Objection.
A No.
BY MR. TORRES:
Q Do you see that?
A No, I don't see that.
Q It's at the very bottom, last sentence.
A Of Page 1?
Q Yes, sir.
A Oh, okay, I see it. Yes, I see it.
Q Okay. And are you aware of whether the 10R80 currently has this feature?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q Being described here?
MR. THOMASCH: Scope.
A Yes, I believe it does.
BY MR. TORRES:
Q Could you explain in layman's terms what that means?

A Skip shifting is just a term to describe transient event from one gear to another gear without sequentially going through every gear in between.
Q So for example, a skip shift could be going from second gear to fourth gear?
A That's correct.
Q And you skip third, correct?
A That's correct.
Q Okay. And what is without COM?
A COM is an abbreviation for change of mind.
Q Uh-huh. What does that mean?
A Change of mind is, is a term that we use to describe a condition where the control system and transmission has begun an event, and during the event the driver changes input, uhm, either increased acceleration, decreased acceleration, et cetera. That would be a change-of-mind event.
Q Could you give a practical example, an example of this situation that you just described?
MR. THOMASCH: Objection.
A Uh, yes. I'll follow-up on, on your example of skip shifting. Uhm, like a 2-4, for example. If the driver was driving at moderate acceleration and lifted his foot off the accelerator, the control system may command an upshift directly to fourth gear. However,

if, at the very beginning of that event or in the middle, and the driver tipped back into the accelerator, uhm, that would be a change-of-mind event.

BY MR. TORRES:

Q How does the, uhm, lateral acceleration detection relate to this, uhm, multi-step skip shifting without COM?

A I don't necessarily think that there's a direct tie or relationship independently between the lateral acceleration detection and skip shifting. Uhm, what we are looking at in this E-Mail is a description for an AEC document that would be provided to agencies. And so it is an overall description of shift schedule -- of our shift scheduling algorithms.

Q Could you explain the, the gear sequence of moving -- doing a 2 to 4 shift? Which clutches are involved; which go on, which go off?

A No, not without referring to an application chart.

Q Oh, you need an application chart. We'll get you that.

Do you know which clutch is involved in just a steady second gear?

A Not without referring to an application chart.

Q Okay. And could you explain coastdown load real

quick?
A Where is coastdown referenced?
Q When it starts in the middle of the page "10R Longitudinal Transmission." Right below "lateral acceleration detection" it talks about coastdown mode.
MR. THOMASCH: Objection.
A It appears that it is a description of some type of algorithm to manage the coastdown shifts or zero input power shifts, uhm, as the vehicle is coasting down without throttling.
BY MR. TORRES:
Q Okay. So, returning to -- so I would like to start talking about Topic Number 2 for a little bit.
I would like introduce into evidence Exhibit 129 with Bates Number ending in 71172.
(Exhibit 129 was marked for identification)
BY MR. TORRES:
Q Sir, are you familiar with the, with this document "FAP03-170 Global Recall and Service Program"?
A Yes, at a high level I'm familiar.
Q Okay. And is this a program related to Ford's issues -- issue resolution?
A It is, uhm, a, a process related specifically to field service action approval.
Q What is a field service action?

Kevin Norris

A A field service action is any type of action such as a customer satisfaction recall, an emissions recall, an extended warranty action. Something outside of our normal, uhm, dealer warranty process.
Q Can you give an example of that, please?
A Uhm, one example would be, uhm, for example, if wiper motors, uhm, have a known supplier quality problem and could potentially become inoperative. Because not having windshield wipers could be a potential safety issue, rather than let customers just wait and come into the dealer, they would issue, uhm, a safety recall, if it went through this process and was approved, and a notification would be sent directly to the customer as well as to the dealer warning them about the issue and providing directions on resolution.
Q Okay. And how does Ford determine what a safety issue is?
A It uses this process FAP3-170 -- there's other processes involved in terms of leading to this process. But this is the decision-making forum, uhm, to proceed.
Q So what are the -- what are the characteristics of a safety issue that would be, uhm, evaluated on their -- this program?

A Some characteristics would be, uhm, the severity of the issue, uhm, the frequency of occurrence, uhm, whether or not there's indication to the driver ahead of some pending event. For example, the wiper motor example that I brought up, uh, if there's no warning that your wipers are about to become inoperative, uhm, that would be a high severity. And then, depending on what the frequency was as well, uhm, they might proceed through this process and make the decision for a field service action.
Q And have you ever actually used this program?
MR. THOMASCH: Objection.
A I have.
BY MR. TORRES:
Q In relation to the 10R80?
A No.
Q In relation to a different, uhm, component or part of a vehicle?
MR. THOMASCH: Objection; scope.
A Yes.
BY MR. TORRES:
Q Could you briefly explain that example?
MR. THOMASCH: Objection; scope.
A It was related to the 4R75 transmission, a four-speed rear-wheel drive. And it was related specifically to

fleet vehicles, taxicabs, and it was related to a manufacturing defect of an internal component that would fail prematurely and become a customer satisfaction issue. So it was a customer satisfaction recall.

BY MR. TORRES:

Q And what was that component?

MR. THOMASCH: Objection; scope.

A I don't recall.

BY MR. TORRES:

Q You don't recall the component that you reported under this program?

A That's correct.

Q Okay.

A That was probably in 2004, 2005.

Q Okay. On Page 4, at the very top, it says "Concern/Identification/Reporting/Review." It states that "Any company activity or individual identifying a potential Critical, Safety, Safety Compliance, Vehicle Environmental, Non-Emission Legal Compliance, or Customer Satisfaction Concern associated with Ford Motor Company vehicles, components, components supplied by Ford, Global Repair for and associated publications is responsible for reporting concern to their local management and to the applicable review

groups as defined in the procedures referenced in the document"; correct?

A Yes, that's what it says.

Q Could you please tell us whether there were any issues related to the 10R80 that were reported under this provision?

MR. THOMASCH: Objection; scope.

A When I was still involved with the 10R80, there was one warranty issue that we reported to our critical concern review group, with is the committee ahead of this process, for evaluation and review.

BY MR. TORRES:

Q And that issue, what was it?

A That issue was a supplier quality issue with a pressed roll pin in the transmission manual shaft.

Q Are you aware of any other concerns or issues reported under this program?

A I am not.

Q Are you aware of any shift quality related issues or concerns that were reported, uhm, based on this program?

MR. THOMASCH: Objection; scope.

A Uh, I am not.

BY MR. TORRES:

Q Are you aware of any customer satisfaction concerns

associated with the 10R80?
A Not any that I have direct knowledge of.
Q Well, as Ford's corporate representative, do you have any knowledge of such issues?
MR. THOMASCH: Objection; scope.
A My understanding in preparing for this item that it was related to process, Ford's process of identifying issues and collecting issues.
BY MR. TORRES:
Q Right. And so --
A And not related to specific issues.
Q Right. So what I would like to know is, what is the process that Ford uses to identify shift quality issues that raise customer satisfaction concerns or critical safety, safety compliance concerns or issues?
A So, in general, that would be our normal dealer warranty process. If customers have complaints, complaints about any product, generally their first source is the Ford dealer network. And that would result in potentially different types of records.
If it was a straightforward issue, and the dealership was able to diagnose and repair the vehicle, they would then, uhm, capture that repair in our Warranty System, that ultimately ends up in our warranty database. And that record of that repair

would include all of the vehicle information, the vehicle ID number, the mileage, et cetera. It would include what the customer complaint was and the verbatim. It would include any diagnostic trouble codes. And it would include comments from the technician on what he did to diagnose the vehicle, what the results of that diagnosis were, and what a repair, if any, was performed, and then what parts were used.

Q And as Ford's corporate representative, did Ford ever receive any concerns or did Ford ever identify any potential critical safety, safety compliance or customer satisfaction concerns related to shift quality of the 10R80?

MR. THOMASCH: Objection; scope.

A I would break that into different parts. I'm not aware of any, uhm, identification of a safety issue. Uhm, I could say with certainty because all transmissions, uhm, in the industry pretty much have some shift quality complaints at some frequency.

So, I would say yes, Ford received warranty information or, uhm, other information related to shift quality. I'm not aware of any safety incidents.

BY MR. TORRES:

Q Okay. So, you are saying based on your experience at

Ford, Ford must have certainly received shift quality complaints based on this program?

MR. THOMASCH: Objection.

A Not based on this program. This program is specific to our Global Recall Process and this program addresses customer safety and compliance issues that are raised by the review groups, uhm, in the initial part of this process, either our critical concern review group or our emissions review group, et cetera. And so, this program would only apply to action that's being considered for a field service action like a Customer Sat Recall.

BY MR. TORRES:

Q And if -- so it says right here, "Concern, identification, reporting, and review. Any company activity or individual identifying a potential critical safety, right, customer satisfaction concerns, right?

MR. THOMASCH: Objection.

Q So, at the top of Page 4.

MR. THOMASCH: Objection.

BY MR. TORRES:

Q Okay. Let me rephrase it. Is this program used to identify customer satisfaction concerns associated with the 10R80 transmission?

A I'm not aware of a 10R80 issue going through this process necessarily.
Q But you just said that, based on your experience, that most transmissions have shift quality issues?
MR. THOMASCH: Objection.
A They do.
BY MR. TORRES:
Q But not the 10R80?
A We're confusing processes, I think. This process is specifically to identify a potential Field Service Action --
Q Okay.
A -- that requires a recall.
Q Uh-huh.
A There are other processes in the company to gather warranty data or customer satisfaction data from customers to identify any customer satisfaction issues and work on improvements and resolutions.
Q So there are other programs that are related but do not concern field services action?
A That's correct.
Q What programs are those?
A There would be the warranty process that I just described.
Q What's it called?

A Well, our overall warranty process. That's the process of a dealer --

Q Excuse me, so this is called a Global Recall Service Program. So what is the exact name of this other program that you are mentioning?

A It's not a program; it's a process. And it would fall under the umbrella of our overall warranty process. And the system used was our Analytical Warranty System that's migrating to a new database called our Global -- GSAR is the acronym. I can't remember what it stands for.

That's the process where the company is able to track warranty, analyze in different ways, get feedback from dealers on specific repairs. And there are other processes as well.

Q Are you aware of the Critical Concern Group ever investigating or reviewing a shift quality concern related to the 10R80?

MR. THOMASCH: Objection; scope.

A Uh, I am not specifically aware of that, no.

BY MR. TORRES:

Q And who could provide this information to us?

MR. THOMASCH: Objection; scope.

A Uhm, I would think someone that was managing or involved with the 10R program after launch.

Kevin Norris

BY MR. TORRES:
Q Uhm, Mr. Norris, could you explain what an engineering specification deviation is?
A An engineering specification is just that. It is a document that describes a set of requirements for a component or a system. And depending on the level of specification, uhm, there are various deviation processes within Ford, uhm, that are required to deviate from any specification.
Q Okay. And are you aware of any of these deviation requests for the -- being made for the 10R80 while it was being developed or afterwards?
MR. THOMASCH: Objection; scope.
A Uhm, not specifically. I don't have any specific awareness or examples.
BY MR. TORRES:
Q And going back to the general development of the 10R80.
MR. THOMASCH: Just to be clear, you are going back to Topic 1?
MR. TORRES: Yes.
MR. THOMASCH: Okay.
BY MR. TORRES:
Q After the transmission has been, uhm, assembled into a vehicle, what other -- what kinds of tests are

performed on it in order to take it to the next stage, which would be production?
A Uhm, so in a general sense, depending on the prototype level that you are talking about, uhm, there's a number of vehicle tests and development that are, that are done. Uhm, there's NVH, or noise vibration and harshness testing. There's heat protection and thermal protection testing. There's a vehicle, overall vehicle durability test. Uhm, there's a number of fuel system tests. And there's a number of transmission calibration development and procedures that the calibration activity runs, uhm...
Q Okay. And during this testing of the 10R80, for production, when did Ford first identify a pressure leak related to the C and -- C or F clutches?
MR. THOMASCH: Objection.
A Uhm, are you referring to a Z-Lock seal leak?
BY MR. TORRES:
Q Just in general, uhm, pressure leaks.
A I am not aware of any clutch leaks. Uhm, but there were issues identified with dynamic rotating seals that feed the clutches, uhm, early in the program.
Q And were you involved with those?
A Yes.
Q How early in the program?

Kevin Norris

A Uhm, probably in the first prototype phase XO, uhm,
and then again in M1. I remember after revisions
there were still issues noted, uhm, and then while
most of the issues were resolved, there were still
some fringe issues that were evident at VP and that's
why Ford decided to make a major design change and
improvement prior to launch because of those issues
and changed the design of the seals.
Q And who identified this issue with the seals at the XO
stage?
A I don't recall. In general, uhm, some of the issues
were raised by calibrators. Uh, events that they
detected in their calibration development.
Q And does this get escalated to like a manager or
something?
A Yes, it does.
Q Who would that Manager be?
A That would be me. At that time.
Q So once this issue was identified, what did you do?
A Uh, I'll start at the end first because that's the,
the biggest action that, that solved the problem. We
completely redesigned the seals and moved away from
the Z-Lock to a solid teflon seal prior to the
preproduction builds and launch to resolve the issue.
In the interim, prior to that major redesign

to resolve the issue, there were a number of iterative design changes to improve the previous design, but those proved to be inadequate which is why we resolved it with a design change.
Q And this major design change that you are talking about towards the end, where you said you start at the end, when exactly was this?
A When?
Q Uh-huh.
A That would have been in 2016. Probably second quarter 2016.
Q So around the second quarter of 2016, your department performed a major revision to the Z-Locks going from -- to the seals going from Z-Lock to teflon; is that correct?
A To a solid seal. From a Z-Lock to a solid seal, correct.
Q And could you please explain the difference between a solid seal and a Z-Lock?
A Uhm, a Z-Lock is a seal that, uh, is a one-piece seal. However, it has a, a disconnect in the seal so that it can be easily assembled in a groove over a shaft. And then it has a feature to lock that looks like a Z, hence the name Z-lock.
A solid seal is a continuous, uhm, circle

that has to be pressed on over a mandrel and it has no joint or, or Z-lock gap to leak.
Q Okay. And these seals, that one, this major redesign you are talking about, do you know the part number?
A No, I do not.
Q Do you know where they were located?
A Where the part numbers are located?
Q Where the seals are located in the 10R80 transmission?
A There are a number of locations.
Q Can you please list them?
A There's positions on the input shaft. There's positions on the hollow shaft. There's positions, I believe, on the stator support.
Q And these are all the same exact seal?
A Uh, not necessarily. They may be different diameters depending on the shaft diameter.
Q Okay. So, let's label that seal that you are talking about. What do we call this?
A Which seal?
Q The solid teflon seal.
A I would call it the solid teflon seal.
Q Solid teflon seal, okay. So, so this solid teflon seal is placing -- you said you mentioned the input shaft, the hollow shaft, and the stator?
A There's a stator support, uhm, maybe output shaft as

well. I would have to look at a cross-section to
refresh my memory of where -- there's many, many, many
positions where we used rotating dynamic seals and
moved from Z-Lock to a solid seal.
Q And are these seals used in any way in the actual
clutches?
A Uh, their relationship to the clutch would be that
they seal hydraulic passages that feed clutches.
Q Right. So in terms of the clutch and the seal, what
would be the next part over?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q That it is locking the passage?
MR. THOMASCH: Objection.
BY MR. TORRES:
Q -- of fluid from?
A I am not sure I understand the question.
Q So, you said that the seals are used to block the
passage of hydraulic fluid; right?
A They are used to manage the passage of hydraulic
fluid. It's rotating seal and it's a, an annular
passage that moves into a clutch. That's how fluid is
transmitted through rotating shafts.
Q So those are two pieces, right? What's the third?
A The third?

Q There's a third part. You said an input shaft in between?
A It could be an input shaft.
Q It could be output shaft?
A Yeah, it could be an output shaft, uhm...
Q So there could be a clutch, a seal, and an input shaft?
A That could be an arrangement, yes.
Q An arrangement?
A Right.
Q And do you know if the 10R80 uses any other type of seal that's not this solid teflon seal after 2016?
MR. THOMASCH: Objection.
A Not related to clutches that I'm aware of, uhm, of course, it uses dynamic lip seals to seal, uhm, hydraulic fluid from the external environment. It uses a pan gasket as a seal to seal fluid from the pan to the external environment. It uses a, a lip seal to seal fluid around the manual shaft to the external environment.
And I think there are different seals within the clutches that are likely O-rings or D-rings that are typical arrangements for a clutch piston to a clutch bore.

BY MR. TORRES:
Q Okay. So, a bunch of different seals?
COURT REPORTER: Please respond out loud.
A Yes.
BY MR. TORRES:
Q Now, when we were talking about the development and launch of the 10R80, you mentioned that it was originally scheduled for launch in, uhm, 2017, uhm, for the 2017 Model Year; correct?
A That's correct.
Q But the transmission went into production and into vehicles at what point in time?
A Uhm, the production process started in the third quarter of 2016 to support the 2017 Model Year. And then ultimately the launch received the Okay To Buy Declaration in November of 2016 and that's when vehicles were released to dealers.
Q And just so I'm clear, the solid teflon rings, are they located -- are they in any way related to the C clutch?
A They, they could be. There are dynamic seals that would, would be in the path of the C clutch.
Q Would they be related to the F clutch?
A They could be.
Q When you say they could be, why do you mean -- what's

the other possibility?
A Well, depending, when you say related to, they are used to seal hydraulic passages to those clutches.
Q And if one of these seals wasn't working properly, uhm, what would happen in that clutch?
A It depends on what the improper event was. If it leaked, the pressure would be low. If it's, uhm -- had a delay in shuttling, the pressure might be delayed. So different failure modes, but generally associated with not controlling hydraulic pressure.
Q Okay. Could you please list any other failure modes that you are aware of related to the, uhm, to the solid rings and the clutch?
MR. THOMASCH: Objection; scope.
A Uhm...
BY MR. TORRES:
Q You mentioned a leak. You mentioned a delay in shifting. Are there any others?
MR. THOMASCH: Same objection.
A Not that I'm aware of. Those were general failure modes for seals in the industry.
BY MR. TORRES:
Q So, but there -- but there could be other failure modes, you are just not aware of them?
MR. THOMASCH: Objection.

A It's hard for me -- if I'm not aware of them it's hard far me to answer that there could be. So those are the ones I'm aware of.

BY MR. TORRES:

Q So the only failure modes that you know are in terms of, they leak and a delay in shifting?

A A delay in, in, in sealing. The leak --

Q A delay in shuttling, I'm sorry, those are the only two that you are aware of?

MR. THOMASCH: Objection.

A There could be wear failure modes, where a seal wears a mating component, in general, or could be where the seal itself wears.

BY MR. TORRES:

Q And so can you explain the final, I guess the sign-off process on these seals so that they can be used in the actual production of the 10R80?

MR. THOMASCH: Objection.

A There's a few elements to the design change. The one was when the seal was removed from Z-Lock to the solid seal, that was specifically around a cold temperature leak. Uhm, component engineers were able to identify that cold temperature leak on a bench test. Uhm, engineers were then, uhm, able to put together a design and experiments and show that the solid seal

eliminates that cold temperature leak and, uh, and
didn't leak in all regions.
BY MR. TORRES:
Q And this was before the launch in the third quarter of
2016?
A That's correct.
Q And what experiments were these?
A These were experiments on a bench rig, uhm, with a
subset of transmission components that would provide
hydraulic pressure, measure leaks. And it was done in
an environmental chamber to replicate cold temperature
conditions.
Q Were there any tests ever made in actual -- in an
actual vehicle?
MR. THOMASCH: Objection.
A Yes. Multiple.
BY MR. TORRES:
Q Before third quarter 2016?
MR. THOMASCH: Objection.
A Are you talking about with a specific seal or with any
seal?
BY MR. TORRES:
Q No. I'm talking about these specific solid seals that
we're talking about. You said there was some
experiments made and you guys didn't find any leaks.

A That's correct. The solid seals resolved the leak issues that the Z-Lock --
Q As they related to C and F clutch?
A Oh, as they relate to general performance. I think it was related to those clutches. That's the rotating module.
Q Okay. And then you said that, uhm, experiments or tests were also made under the driving conditions before this was released for production?
A That's correct.
Q And what are the criteria, uhm, for, I guess acceptance?
A Well, criteria for acceptance would be a number of component tests and Specifications. And then at the vehicle level, uhm, it would be a system dynamometer test. It would also be sign-off by the Calibration Development Team that includes hot weather and cold weather, environmental conditions.
Q Now, earlier we were talking about, uhm, lateral acceleration. Was lateral acceleration tested -- included in this testing?
A Uhm, inherently anytime a vehicle goes around a turn there's lateral acceleration, so yes.
Q Okay. And was the launch or launch into production of the 10R80 delayed in any fashion in order to

accommodate this major design change that we're
talking about?
MR. THOMASCH: Objection.
A My recollection is no. I think the one accommodation,
or maybe enabler not accommodation, that the tool
tryout build required some nonstandard processes to,
to supply the transmissions. And then by the time we
got to the next phase of tool tryout and preproduction
it was standard, standard processes.
BY MR. TORRES:
Q What is a tool tryout?
A Tool tryout is the name of our first production, uhm,
build at the assembly plant.
Q Okay. Do you know if these solid rings became an
issue after production?
MR. THOMASCH: Objection; scope.
A Not that I'm aware of.
BY MR. TORRES:
Q Does the development process for the 10R80 include
only prelaunch events?
A No, the development process included three prototype
phases, uhm, starting with the XO, X1, the M1, the VP.
And then it also included the production, uhm,
preprogram builds, the tool tryout, the preproduction
or PP build. And then Mass Production 1 and then Mass

Production 2.
Q And what, after M2 it's considered fully developed, the 10R80?
MR. THOMASCH: Objection.
A After Mass Production 2?
BY MR. TORRES:
Q Uh-huh.
A Yeah, that's when the plant is essentially running at rate and it's considered fully development -- fully developed. If any other issues are noted, uhm, improvements will be made and vehicles will be modified if needed.
Q Are you aware of whether any other changes were made after M2?
MR. THOMASCH: Objection; scope.
A Uhm, not specifically. No, I'm not aware of any specific changes.
BY MR. TORRES:
Q Do you know if any design changes were made to these seals after these M2?
A Not that I'm aware of. I don't believe so.
Q Do you know of any customer satisfaction concerns after M2 --
MR. THOMASCH: Objection; scope.

BY MR. TORRES:
Q -- related to the seals?
MR. THOMASCH: Objection; scope.
A Specifically related to the seals, no.
BY MR. TORRES:
Q How about related to shift quality?
MR. THOMASCH: Objection; scope.
A There were likely shift quality claims like there are in most transmissions.
BY MR. TORRES:
Q Shift quality concerns related to the C or the F clutch?
MR. THOMASCH: Objection; scope. Will you please limit yourself to Topic Number 1?
MR. TORRES: This is design and development.
MR. THOMASCH: You are talking post-launch consumer concerns. That's not within the scope of what we've put Mr. Norris forward for as to Topic 1.
BY MR. TORRES:
Q Mr. Norris, going to Topic 2, Issue Resolution. Do you know if there were any shift quality concerns related to the seals in the F or C clutches after the M2 phase?
MR. THOMASCH: Objection; scope.
A I am not aware of specific seal issues after the MP 2

Kevin Norris

Phase.

BY MR. TORRES:

Q Uhm, any shift quality concerns?

MR. THOMASCH: Objection.

A Related to the seals?

BY MR. TORRES:

Q Related to the C and F clutches.

A There could have been shift quality concerns related to those clutches that are used in many events. So that would probably be likely.

MR. TORRES: So I think I'm ready for a break.

MR. THOMASCH: Is this the lunch break?

MS. SCHEBEL: It can be.

MR. BREIT: Is it here?

MS. SCHEBEL: Yes.

MR. TORRES: Can we go off the record?

THE VIDEOGRAPHER: Going off the record at 12:59 p.m.

(Recess)

(Exhibit 130 was marked for identification)

THE VIDEOGRAPHER: For those of you on Zoom, we're about to go on the record.

We're back on the record at 1:41 p.m.

BY MR. TORRES:
Q Mr. Norris, before the break we were talking about the development of the 10R80 and specifically the M1/M2 phase. Uhm, I want to introduce into evidence Exhibit 130 which has Bates Number ending in 60570 and it is titled 2017 10R80 Raptor PEC, and dated December 11, 2015.
Are you familiar with this document, sir?
A I recall this document, yes.
Q Okay. Could you, in general terms, explain what this is?
A So at a high level, a PEC document is a, a Preliminary Engineering Completion. It's a checkpoint on the way to Final Engineering Completion, and then the subsequent production sign-offs. Uhm, it's a deck that's meant to capture any open issues, sign-off that's complete, anything that's not complete. It would include conformance plans to identify the issue and a plan to get back on track and be completed to support and launch.
Q Okay. And you are one of the signatories on this document; right?
MR. THOMASCH: Objection.
A That's correct.

BY MR. TORRES:
Q If you can turn to page ending in Bates Number 60575. Where it says "Component DV Not Complete"?
A Yes.
Q What does that mean that the "Component DV is Not Complete"?
A It appears this is a summary of individual components that are late to final design validation completion. It could be simply because the testing is going slower than planned or later or it could be that an issue was found somewhere during the testing and they're -- the components are going through what we call re-DV or redesign validation.
And then this is, this is what we would call a conformance plan because even though these items are not complete, it documents the items, uhm, for management visibility and it includes a Work Plan with the finish date.
Q Could you go to page ending, uhm, Bates number ending 60599. The title of that slide is "F Clutch".
A Okay. I'm on 599.
Q Okay. Uhm, could you explain how you test for, uhm, the, uhm, the air pressure on the clutches?
A In this case, it looks like this slide highlights an issue with trapped air that was discovered on a

dynamometer efficiency test at very low speed and very low line lube.
Q And what would be the output of that test be?
A The reason for running the test is to measure and map transmission efficiency in all gears. Uhm, it looks like there was a discovery on that test on trans teardown that highlighted this balance dam trapped air issue.
Q I would like to introduce now Exhibit -- into evidence Exhibit Number 131, ending in Bates 43471.
(Exhibit 131 was marked for identification)
BY MR. TORRES:
Q You see this is an E-Mail from you to a list of recipients here dated Friday, July 22nd, 2016, with the subject "HCK00021 P552 VOCF 3.5 Liter/10R Issue Investigation."
Do you see that?
A I do.
Q Okay. And do you remember this document?
A I do not.
Q You want to take a minute to look it over?
A Sure.
THE VIDEOGRAPHER: Is this an original version of the as-produced document? I'm just asking who did the highlighting on it.

MR. TORRES: There's highlighting on it?
THE VIDEOGRAPHER: Yes.
MR. TORRES: Oh, sorry. Uhm, I'll get you a clean version.
MR. THOMASCH: I just want the record to be clear on what is or is not on the original document.
MR. TORRES: Oh, yeah, the highlighting is not on the original document.
BY MR. TORRES:
Q Mr. Norris, I want to draw your attention to the top of second page where you received an E-Mail from Mr. Brad Riedle. Uhm, is Brad Riedle one of the employees that you worked with at Ford?
A I worked with Brad Riedle.
Q Did he report to you?
A He did not.
Q Was he in the same department or a different one?
A A different department.
Q And are you familiar with the issue or investigation being described here?
A As I read through it, I have a recollection of this particular issue.
Q Okay. And could you describe that in general terms?
A Yeah, the issue was, uhm, fractured anti-rotation tab on a thrust bearing. Uhm, it was a known and resolved

issue. The bearing would be dislodged during assembly and out of position and then tabs would fracture, the bearing would wear, and it would create debris in the transmission that could cause other issues.
Q Okay. And when Riedle says that we suspect that there is a real hardware problem. What is he referring to?
A He's referring to, it appears that they looked at some data. This is an individual, uhm, preproduction unit that was built and running on the Voice of Customer Fleet. That's a fleet that Ford runs to test and evaluate preproduction vehicles.
Uhm, it looks like it is set some diagnostic trouble codes. And then the first step in investigating an issue would be to review data associated with that, review the event, and understand whether or not the diagnostic monitors are setting false positives or whether it's a real issue. In this case it was a real issue. And what was subsequently found was that fractured bearing causing internal contamination.
MR. TORRES: I would like to take quick break.
MR. THOMASCH: Why are we taking another break? We just finished a 40-some-odd minute break, after a 22-minute break.

MR. TORRES: Just need a 5-minute -- 2-minute break.
MR. THOMASCH: After a 25-minute break.
MR. BREIT: Is this on the record?
THE VIDEOGRAPHER: Yeah.
MR. TORRES: I'm sorry, can we go off the record?
THE VIDEOGRAPHER: You both agree?
MR. BREIT: We can go off the record.
MR. THOMASCH: We can go off the record. I just want to note that we're concerned about the pace of this deposition and we would appreciate everything you can do to keep it moving it along.
MR. TORRES: And we are.
THE VIDEOGRAPHER: Going off the record at the 1:53 p.m.
(Recess)
THE VIDEOGRAPHER: Are we all ready to go back on? Getting ready to go back on the record.
We're back on the record at 1:59 p.m.
BY MR. TORRES:
Q Mr. Norris, the fourth topic here is the representations or claims made by Ford in media concerning the performance characteristics of the F-150s with 10R80 transmissions.

Uhm, could you please explain how Ford sets those, uhm, how Ford develops those, uhm, performance characteristics?

MR. THOMASCH: Objection.

A Can I start by just saying my preparation for Topic 4 included part of Topic 4 specifically related to the engineering support and documentation for Ford's claims and not necessarily the marketing strategy to, uhm, develop or propose those claims.

BY MR. TORRES:

Q Okay. That's fine, sir. So if you -- can you complete elaborate, uhm, exactly how engineering supports the marketing claims?

MR. THOMASCH: Objection.

A Yes. Uhm, it's a, iterative process where marketing works with engineering. Uhm, first they ask for a description of the product in general, uhm, and what some of the benefits might be. And then they ask questions, uhm, could it benefit other things. And, and finally they develop a proposal for claims they would like to make.

The next step in the process is for us to review those claims in engineering, uhm, see if we have enough supporting engineering data to support that claim, and if we agree with that claim. Uhm, so

that's an iterative process.

Finally when we agree on the claims, we coordinate the compilation of the engineering data for each of the specific claims. And then attach that to an Affidavit that's signed.

Q And what type claims did Ford make about the 10R80 specific?

MR. THOMASCH: Objection; scope. It goes to the marketing aspect, as Mr. Norris mentioned, he won't be testifying on.

BY MR. TORRES:

Q Mr. Norris, how does -- how would engineering support a claim about shift quality of the 10R80?

A Uh, I don't recall a specific shift quality claim in the Affidavit. I do recall supporting data around quicker shifts and that's related to the hydraulic control performance.

Q And how was the 10R80 able to perform quicker shifts?

A Based on the CIDAS hydraulic controls that we discussed earlier, that system provides for more accurate hydraulic pressure at the clutch and also a faster response time.

Q Sir, do you remember any, uhm, claims about drive quality in your Affidavit? Strike that.

What is the difference between drive -- is

there a difference between drive quality and shift quality?

MR. THOMASCH: Objection.

BY MR. TORRES:

Q Drivability or shift quality?

A Uhm, can you help me with the specific claim and that will --

Q I'm just asking you in general whether Ford considers drivability a distinct characteristic from shift quality?

A In general terms, it could be related or it could be separate. Sometimes drivability is related to engine performance or acceleration as opposed to shift quality.

Q How does Ford quantify what shift quality is?

A As related to advertising, Topic 4 still?

Q Yes.

A Uhm, I'm not familiar with advertising claims around shift quality. Uhm, but, in terms of the supporting data that we supplied that could benefit shift quality, uhm, we provided the data related to the ratio progression and smaller steps in any shift, uhm, are, are desirable for improved shift quality.

We provided the data associated with the CIDAS hydraulic controls, and again, more accurate

pressure and faster response is beneficial to shift quality.

And then another sort of related topic to drivability or shift quality would be drive-away on stop/start and we provided, uhm, information related to the electric pump that keeps the transmission staged and keeps clutches staged for a drive-away without any reengagements.

Q Sir, and could you explain the term "shift time"?

A Response time? Or?

Q I guess the time it takes for a -- for the transmission to move from one gear to another; is that shift time?

A It could be. There's many different measures of shift time depending on what aspect of the shift an engineer is interested in. It could be the time from a customer input to achieving the new ratio. It could be the time of the PCM actuation to the point of achieving a new ratio. Or it could be a specific time of the ratio itself once one clutch begins to, uhm, decrease torque and another clutch begins to increase torque, uhm, until ultimate ratio is achieved.

So there are a number of different measures of shift time.

Q Is there an ideal shift -- has Ford determined what an

ideal shift time would be -- or strike that.
Uhm, has Ford determined what the shift time that would, uhm, support customer satisfaction?
MR. THOMASCH: Objection; scope.
A In general, shift time and shift feel is a trade-off for a smooth imperceptible shift. Faster would be better. However, there's often trade-off to slow down a shift for better feel or vice-versa.
So, it's really about the event. It also depends on the drive mode. For a performance drive mode like sport mode where crisper, faster shifts are desired. There could be a trade-off for firmer shifts but faster in performance modes. And it also depends on luxury cars versus other cars, whether or not, uhm, the trade-off would be towards smoothness or imperceptibility or quick shifting.
BY MR. TORRES:
Q Under numeral -- under the normal mode, what would the ideal shift or what is the ideal shift time of the 10R80?
MR. THOMASCH: Objection; scope. How does this relate to the advertising and his Affidavit on it?
MR. TORRES: I am asking about the shift time which is related to shift quality and what the testing

behind it are.

MR. THOMASCH: Is there a specific claim or ad that you are asking for the underlying engineering for?

MR. TORRES: I am asking about shift time in general.

MR. THOMASCH: Okay. Topic 4 relates to the advertising and representations and claims. So is there specific advertising or representations or claims that this question is pertinent to?

BY MR. TORRES:

Q Mr. Norris, did you understand my question?

A Could you repeat it, please?

BY MR. TORRES:

Q I am asking whether Ford has determined whether there's a specific shift time that contributes to customer satisfaction?

MR. THOMASCH: Objection; scope.

A I'm not aware of a singular shift time as a target. Again, the process is, as I described it, a balance of depending on application and shift feel, uhm, depending on the, the ratio of progression, et cetera.

(Exhibit 132 was marked for identification)

BY MR. TORRES:

Q I would like to introduce into evidence Exhibit

Number 86237.
MR. THOMASCH: Sorry, this is Exhibit 132, right? That's the Bates that you just gave?
MR. TORRES: I just gave 86237.
MR. THOMASCH: Okay, but that's the Bates, not the exhibit number?
MR. TORRES: The Bates, right, right, Exhibit 132.
BY MR. TORRES:
Q Mr. Norris, do, do you have the exhibit with you?
A I do.
Q As you see, this is an E-Mail to, uhm, to Kara Kennedy and others from Chintan Ved. Do you know who these individuals are?
A I do.
Q Okay. Who is Chintan Ved?
A Chintan Ved was, I think at this time, Supervisor of the Component Sealing Section.
Q And Ms. Kara Kennedy?
A I believe at this time Kara was manager of the 10R Transmission Systems Department.
Q Were you still at Ford at this time?
A I was.
Q Was she your manager?
A She was not.

Q Who was her Manager at this time?
A Uhm, Kenneth Leisenring.
Q Could you please spell his last name?
A L-E-I-S-E-N-R-I-N-G.
Q Okay. Thank you, sir. Now, if you go to the last page, please? Second to last page and Bates ending 86242. Do you see that?
A I don't see the Bates number. Is there a slide number? I don't believe there's a Bates number on this document.
Q Do you have this? Is this the document you have?
A Yes.
Q So it would be the second to last page.
A Okay.
Q Do you have it?
A I'm on the second to last page but I don't know if it's the same page that you're on. Can you describe what's on the page?
Q It's an E-Mail.
MS. SCHEBEL: Counsel, does the witness not have a copy that has a Bates number on it?
MR. TORRES: No, it should. Can I take a look?
MR. BREIT: Mic, mic, mic, mic, mic.
THE WITNESS: I just don't see it on the

page. Is it on the bottom? Is there a Bates number?
(Discussion off the written record)
MR. BREIT: Is it showing up on yours?
MR. THOMASCH: It's showing on mine. If the iPad is cutting off part of the page, we can show it to him on one of your laptops.
(Discussion off the written record)
BY MR. TORRES:
Q Here you go, sir.
Okay. Mr. Norris, do you see the E-Mail from Mark to Erwin Schmid dated Tuesday, January 30th?
A I'm scrolling up, uhm...
Q It's the second to last. Bates ending -- you see it?
MR. THOMASCH: Before Mr. Norris answers any questions on this document, I just want to note that much of it has been redacted for privilege. So I will caution Mr. Norris to the extent that any of your answers would implicate an attorney/client privilege matter to please not disclose that. Otherwise, feel free to answer the question.
BY MR. TORRES:
Q Okay, sir. Earlier you had mentioned that you had worked with Ms. Veronica Spitza and Joel Mowatt; correct?
A That's correct.

Q And were they in the same -- were they your counterparts at GM?
A That's correct.
Q I believe that's what you had mentioned, right, in hydraulics?
A No. In transmission, in the 10R systems development.
Q Systems development, okay. And in this E-Mail, Mark is making a request to work with Ford, uhm, to understand how Ford is handling the ULV fluid. What is ULV fluid?
A Ultra low viscosity fluid. That was the proprietary fluid developed by Ford specifically for the 10-speed and ultimately used in other transmissions.
Q And what does this fluid do?
A It's the main hydraulic fluid that, uhm, lubricates the transmission, cools the transmission, provides all the hydraulic actuation of clutches.
Q So throughout this morning we've been talking about fluid pressure and fluid moving around different systems. Is this the fluid that you were referring to?
A Yes. Yes.
Q Okay. And have you had a chance to read the E-Mail?
A Yes, I've read it.
Q Okay. And could you explain what, what the, uhm, what

Erwin is requesting here? He's saying that the recent sample, the 14 provided to GM, indicates the oil is consistent with foaming properties of new oil. What does that mean?

MR. THOMASCH: Objection.

A I'm not familiar with this particular issue except reading the E-Mail here at, at face value. Uhm, foaming properties, typically hydraulic fluid would have additives to mitigate foaming as the fluid is pumped and, you know, used through the hydraulic system.

BY MR. TORRES:

Q And do you -- do you know if the GM Team ever got access to inspect and discuss the oil refinery and filtration system?

MR. THOMASCH: Objection.

A I do not know that in this timeframe.

BY MR. TORRES:

Q Why is the -- what is the significance of the degradation of foam measurements?

MR. THOMASCH: Objection.

A Uhm, hypothetically, a degradation of a, of a foam measurement or a foam additive could contribute to foaming in a hydraulic system. And depending on the level of foaming, the system could generate noise or

Kevin Norris

oscillation or other --
BY MR. TORRES:
Q So, would foaming imply that there's like a air in the fluid?
A In this case, my understanding how they are using foaming, it would imply entrapped air in fluid.
Q And while you were developing or involved with the design and development of the 10R80, uhm, did you ever -- were you ever aware of any issues with the ULV fluid, uhm, trapping air?
A I can't recall specific changes. I know air entrapment and foaming tests are part of the Ford DV to test for that. There's a specific foaming test that both the supplier and Ford would run. Uhm, I don't recall specifically whether or not there was any iteration to, uhm, change foaming or improve foaming based on that testing.
Q Do you know what that foaming test is called?
A I do not.
Q Mr. Norris, do -- does the PCM have what are called TRID files?
A Yes.
Q The PCM has TRID files?
A Yes.
Q And what do TRID files do?

A TRID, the acronym is basically transmission ID, uhm, and it's a memory space in the PCM that includes specific information related to that particular, uhm, transmission serial number.
Q So there's information specific to each transmission?
A That's correct.
Q For each vehicle?
A Correct.
Q Okay. And how is this information captured?
A Uh, it's captured in a number of ways. One of the most important, uhm, aspects or datasets within TRID are, uhm, solenoid characterization, for example, in the transmission assembly plant. Uhm, and that's to apply any trim or offset, uhm, to make the hydraulic system more centered. And then that data is transmitted through a cloud to the assembly plant and when a transmission is installed in a vehicle, they scan the bar code of that transmission and that TRID gets downloaded with the calibration for that particular truck. That's an oversimplification of the process. But that's generally how it works.
Q So, so, basically every vehicle equipped with a 10R80 which has a PCM, right, comes with its own TRID file that's unique to it?
A That's correct.

Q And there's -- it's like literally unique, right, because --
A Unique for every individual serial number, correct.
Q And what exactly does the TRID measure in the transmission components?
A There may be other aspects of the transmission ID, but a major part of TRID, and often how we refer to TRID, is around the main control and solenoid characterization and offset.
Q And what is solenoid characterization?
A That's a characterization test that's run in the transmission manufacturing assembly. Uhm, it's where a main control is tested with solenoids and it's measured input versus output. And it is, uhm, adapted or trimmed and offsets are applied, uhm, for a more centered, uhm, transfer function.
Q And could you explain what exactly is a transfer function?
A Transfer function is a function that relates an input signal to an output signal. In the case of a solenoid, the input signal would be DC current. And the output signal would be, uhm, force on the electric motor or hydraulic pressure as it is translated through the regulator valve.
COURT REPORTER: Translated through the?

THE WITNESS: The regulator valve.
BY MR. TORRES:
Q So, it kind of translates one thing -- it translates DC current coming from where?
A The current, uhm, during the test would come from, uhm, a test stand computer. The current in a vehicle would come from the PCM.
Q And earlier you had mentioned that some units had a PCM but other units had both a PCM and a TCM; correct?
A Correct.
Q How would the TCM factor into this transfer function if there was both a PCM and a TCM?
A The trans -- the process would be identical, uhm, it's just that the TRID location would be in the TCM instead of the PCM.
Q And when you -- and if a customer brings a vehicle for, for a dealer inspection, and it is determined that the PCM has to be changed; how does that affect the TRID, the transmission ID?
MR. THOMASCH: Objection.
A Dealers have a process to be able to access TRID related to that transmission and reload, uhm, in a PCM. And, uhm, similarly if they have to replace a solenoid, uhm, they have access to TRID data from a solenoid or main control as well.

So there's a procedure baked into the service system that allows for that.

BY MR. TORRES:

Q And how do PCM and -- how are PCM and calibration related?

A PCM is the module that includes memory. It includes a processing chip or chips. It includes, uhm, all of the hardware in the module associated with the input and output devices, how to drive a current signal and how to receive a sensor signal, it's own power supply, cooling, that sort of thing.

In that memory in processing chip, that's where the control system software resides. The software is the code or the program that runs the transmission. And then, uhm, the calibration is the work of calibrating, uhm, that particular code and finalizing all the parameters.

Q Which is done before the vehicle reaches the customer, correct?

A Correct. That's part of what we would call development.

Q Okay. And if the PCM is replaced, it would have to basically be programmed with the same characteristics of the transmission?

A That's correct.

MR. THOMASCH: Objection; scope.
BY MR. TORRES:
Q So if the transmission stays in place without being replaced, replacing the PCM is really, uhm, not much of a help, is it?
MR. THOMASCH: Objection; scope; form.
A It would help if the PCM needed to be replaced. Replacing it would resolve that.
BY MR. TORRES:
Q And, Mr. Norris, are you aware of whether Ford programmed the 10R80 to prevent any step-to-step shifts?
A I'm not sure I understand the question.
Q Sure. So, we were taking about earlier how, you know, normally a transmission would go from first gear to second gear, second gear to third gear, right; but the 10R80 can do 1-2-4, 5, maybe 7 afterwards; correct?
A That's correct.
Q Is there any -- are there any, uhm, functions or algorithms that basically tell this transmission to not do a step-to-step shift?
MR. THOMASCH: Objection.
A There are algorithms in the control system that in enable skip shifting in the scheduling. And if I'm understanding your question, that would eliminate a

step-to-step shift.
BY MR. TORRES:
Q Okay. What is the cold, called cold shifting schedule; am I getting that correct?
A No.
Q Okay. So, the 10R80 has a special programming for cold weather conditions, correct, for its shifting?
A In general, their transmission temperature is an input to, to various algorithms.
Q All right. And one of the shifting strategies done for cold temperatures is to skip gears; correct?
A I'm not familiar with the details of our cold software strategy. I did not prep for that.
Q Mr. Norris, in general, based on your experience in Ford, would it make sense to allow, uhm -- sorry. Strike that.
Why would a transmission require a cold shifting strategy in the first place?
MR. THOMASCH: Objection; scope.
A In general, the characteristics of the physical system behave differently in cold than they do in stabilized or hot temperatures. So it's typical, I mean, industry-wide and even among other products, like engine control and everything to have like temperature-based conditions for algorithms.

BY MR. TORRES:
Q And do you know whether Ford included as part of its design and development of the 10R80 a rule for the transmission to skip, to always skip shifts, uhm, when it is operating from a cold start?
MR. THOMASCH: Objection.
A I'm not aware of a specific rule. But it's quite possible that in development, uhm, depending on what conditions they were trying to achieve, uhm, that they would optimize the shift pattern to achieve that.
BY MR. TORRES:
Q Are you aware of any, uhm, shift optimization strategies that would include, uhm, shift skipping?
MR. THOMASCH: Objection; scope.
A Yes. We've talked about skip shifting and that's part of the control system for the, the 10R shift scheduling.
BY MR. TORRES:
Q We had mentioned that --
MR. TORRES: So we're going to take a quick break just to begin wrapping it up. Is that okay?
MR. THOMASCH: You are close to finishing?
MR. TORRES: Yes, sir.
MR. THOMASCH: Okay. That's fine.
THE VIDEOGRAPHER: Going off the record at

2:36 p.m.

(Recess)

THE VIDEOGRAPHER: Stand by. We're back on the record at 2:43 p.m.

MR. TORRES: Mr. Norris, I want to thank you for your time here today. I don't have any further questions. And I thank the colleagues also for your time.

MR. THOMASCH: Thank you. We're going to just take two quick minutes to confer. And then I think we're -- sorry, I thought you had another line of questioning coming. That's how it sounded before the break.

It will be two minutes. We'll be back. And then I think we can wrap this thing up.

THE VIDEOGRAPHER: Going off the record at 2:44 p.m.

(Recess)

THE VIDEOGRAPHER: Stand by everyone. Here we go. We're back on the record at 2:47 p.m.

MR. THOMASCH: We have no redirect for the witness.

THE VIDEOGRAPHER: This concludes the deposition. We're going off the record at 2:47 p.m.

Total time on the record: Three hours 36 minutes.

CERTIFICATE OF NOTARY

STATE OF MICHIGAN )
) SS
COUNTY OF OAKLAND )

I, Robin D. Gadwa, Certified Shorthand Reporter, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, and nothing but the truth, that the foregoing questions asked and answers made by the witness were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to any of the parties, nor interested in the event of this cause.

______________________________

ROBIN D. GADWA, CSR-2607, RPR, FPR, FAPR
Notary Public
Oakland County, Michigan
My commission expires: 12-08-2026