UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN O'CONNOR, STANISLAW ZIELINSKI, DANIEL FAIR, BRYAN SMITH, JASON STEEN, WILLIAM FIEDLER, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 1:19-cv-05045<br><br>**DECLARATION OF LELAND H. BELEW IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF BENJAMIN MAHER**<br><br>Consolidated with Case Nos. 20-cv-1981, 20-cv-2095, 20-cv-2612, and 21-cv-6540<br><br>Hon Jeffrey I. Cummings |

I, Leland Belew, declare as follows pursuant to 28 U.S.C. section 1746:

1. I am a Senior Associate in the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC, counsel to Plaintiffs in the above-captioned matter. I am admitted to practice in this Court, and have at all times been held in good standing with all courts in which I am admitted to practice. I submit this declaration in support of Plaintiffs' Motion to Strike the Declaration of Benjamin Maher (ECF Dkt. 375).

2. Attached hereto as Exhibit A is a true and correct excerpt from Ford Motor Company's eSourceBook for the 2020 F-150. The complete eSourceBook produced by Ford (Ford_O'Connor_000002155-Ford_O'Connor_000002485) spans 331 pages and exceeds 80 megabytes in size. Even after compressing the document, it exceeds the maximum file size permitted for electronic filing in the PACER system. Plaintiffs have therefore excerpted the relevant portions of the eSourceBook for the Court's review, but will gladly submit, upon request,

the full eSourceBook produced by Ford by any method most convenient for the Court (e.g., USB thumb-drive, encrypted file transfer, etc.).

3. Attached hereto as Exhibit B is a true and correct copy of the "Off-Road. Rage." Advertisement for Ford's F-150 Raptor produced as Ford_O'Connor_000002665.

4. Attached hereto as Exhibit C are four true and correct screenshots from, as well as a transcript of, Ford's F-150 Raptor commercial titled "Boom," produced as Ford_O'Connor_000002687. The electronic filing system does not permit submissions of videos, nor can videos be converted to a PDF submission. The full commercial totals 37 seconds in length and contains a number of images relating to F-150 pickup trucks and the Raptor variant. Plaintiffs have excerpted only four, but will gladly submit upon request the full commercial produced by Ford by any method most convenient for the Court.

5. Attached hereto as Exhibit D is a true and correct copy of advertisement for the 2018 Ford F-150 produced as Ford_O'Connor_000002930- Ford_O'Connor_000002929.

6. Attached hereto as Exhibit E is a true and correct excerpt from the March 9, 2023 Deposition of Ford 30(b)(6) corporate representative Andrew Feldkamp.

7. Attached hereto as Exhibit F is a true and correct excerpt from the November 9, 2022 Deposition of Amy Schang.

8. Attached hereto as Exhibit G is a true and correct excerpt from the October 25, 2022 Deposition of Kurt Nickerson.

9. Attached hereto as Exhibit H is a true and correct excerpt from the January 25, 2023 Deposition of Mark Marchie.

10. Attached hereto as Exhibit I is a true and correct excerpt from the March 22, 2023 Deposition of William Riley.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 22, 2023

Respectfully submitted,

/s/ *Leland Belew*
Leland Belew
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
T: (312) 224-8685
lbelew@milberg.com