# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


JUSTIN O'CONNOR, STANISLAW, ZIELINSKI, DANIEL FAIR, BRYAN JASON STEEN, WILLIAM FIEDLER, SMITH, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,

                Plaintiffs,

    vs

FORD MOTOR COMPANY,

                Defendant.

_____/

Case No. 1:19-cv-05045

Consolidated with Case Nos. 20-cv-1981, 20-cv-2095 20-cv-2612 and 21-cv-6540

Judge Robert M. Dow, Jr.
Magistrate Judge Maria Valdez


The Videotaped Deposition Pursuant to FRCP 30(b)(6)

DEPONENT: ANDREW FELDKAMP

Sheraton Novi Hotel

21111 Haggerty Road

Novi, MI 48375

Commencing at 9:01 a.m.

Thursday, March 9, 2023

Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR

BY MR. BELEW:

Q   Is a DTC used by Ford to identify issues that have occurred with a vehicle's operation?

MS. KELLY:  Objection; scope.

A   Yes.

BY MR. BELEW:

Q   It provides a record of those issues?

A   Uh, yes.  The dealer can view any DTCs that are active in the system and then the Workshop Manual or Service Manual would give guidance based that, the DTCs presence.

Q   The issue statement for this TSB says "These vehicles may exhibit intermittent runs rough, hesitation and/or transmission shudder with no illuminated malfunction indicater lamp or Diagnostic Trouble Code."

Does that mean that this TSB relates to an issue Ford was aware which resulted in rough running, hesitation, or transmission shudder experienced by the driver for which might otherwise would not be indicated with a running light or recorded with a Diagnostic Code?

MS. KELLY:  Objection.

A   Yes.

BY MR. BELEW:

Q   We talked a bit about which vehicles this TSB covered.

Do you know whether, because it just identifies 2018 F-150s under "Model", this TSB related to some types of F-150s such as the Raptor, the XL, Lariat, any of those?

A    There's no indication from this document, but I can say the, the Raptor did not include a 5-liter engine, so it would not have been part of this.

Q    But so long as they included the 5-liter engine and was a 2018 F-150, it would encompass all of the subtypes of the F-150?

        MS. KELLY:  Objection.

A    Plus built on or before November 27 of 2017.

BY MR. BELEW:

Q    Thank you for that clarification.  But otherwise, it would include all subtypes of those vehicles?

        MS. KELLY:  Objection.

A    Yes.

BY MR. BELEW:

Q    Are you aware whether or not this TSB related to a manufacturing concern for these vehicles?

        MS. KELLY:  Objection.

A    No, not that I'm aware of.

BY MR. BELEW:

Q    The issue statement begins "Some 2018 F-150 vehicles may exhibit intermittent symptoms."

5.0-liter engines.

Q    Were there any 2018 F-150s with 2.7-, 3.5- or 5.0-liter engines which were not equipped with the 10R80 transmissions?

A    No.  All of those engines had the 10R80.

Q    So this TSB applied to all 2018 F-150s equipped with a 10R80 transmission?

MS. KELLY:  Objection.

BY MR. BELEW:

Q    Within the applicable date range; is that correct?

A    Yes.

Q    And that includes the subtypes we've discussed, Raptor Lariats, King Ranches, et cetera?

MS. KELLY:  Objection to form.

A    Yes.  I would expect Raptor to be included.  Raptor is a variant of the F-150.  It does have the 3.5-liter. In most cases it is, it is described separately like it was in 18-2079.  I don't know specifically if Raptor was part of this population or not.  I would have to go back and look at the release records.

BY MR. BELEW:

Q    Do you know why it specifies vehicles built on or before May 15th, 2018?

A    That, that typically means that the, uhm, powertrain calibration, which is being used to reprogram for this

CERTIFICATE OF NOTARY

STATE OF MICHIGAN        )

                         ) SS

COUNTY OF OAKLAND        )

I, Robin D. Gadwa, Certified Shorthand Reporter, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, and nothing but the truth, that the foregoing questions asked and answers made by the witness were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to any of the parties, nor interested in the event of this cause.

_____

ROBIN D. GADWA, CSR-2607, RPR, FPR, FAPR

Notary Public

Oakland County, Michigan

My commission expires: 12-08-2026